Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SPENCER ABRAMS, et al.,           )
                                  )  Case No: 13-1920
         Plaintiff(s),            )
                                  )  **APPLICATION FOR**
    v.                            )  **ADMISSION OF ATTORNEY**
                                  )  **PRO HAC VICE**
INTUITIVE SURGICAL, INC., et al., )  (CIVIL LOCAL RULE 11-3)
                                  )
         Defendant(s).            )

I, Serena P. Hallowell, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Employees' Ret. Sys. - State of Hawaii in the above-entitled action. My local co-counsel in this case is Shawn A. Williams, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Labaton Sucharow, 140 Broadway, 34th Floor<br>New York, NY 10005 | Robbins Geller Rudman Dowd LLP<br>1 Montgomery St., San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD:<br>(212) 907-0815 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 288-4545 |
| MY EMAIL ADDRESS OF RECORD:<br>shallowell@labaton.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>shawnw@rgrdlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: NY 4244950.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/02/13

Serena P. Hallowell
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Serena P. Hallowell is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

_____**SERENA HALLOWELL**_____ , Bar # _____**SH1120**_____

was duly admitted to practice in this Court on

___**FEBRUARY 07th, 2006**___ , and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u>   on   _____**SEPTEMBER 12th, 2013**_____

_____Ruby J. Krajick_____   by   _____[signature]_____
Clerk                                          Deputy Clerk