United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPENCER ABRAMS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff(s),<br>  v.<br><br>INTUITIVE SURGICAL, INC., et. al.,<br><br>        Defendant(s). | CASE NO. 5:13-cv-01920 EJD<br><br>**ORDER DIRECTING CLERK TO REOPEN CASE** |

    Having determined this case was inadvertently closed with a properly-closed related case (see Docket Item No. 39), the court orders that the clerk shall reopen this file.

**IT IS SO ORDERED.**

Dated: October 9, 2013

                                      EDWARD J. DAVILA
                                      United States District Judge

1

CASE NO. 5:13-cv-01920 EJD
ORDER DIRECTING CLERK TO REOPEN CASE