Jonathan M. Plasse (*Pro Hac Vice*)
(Bar No. JP7515)
*jplasse@labaton.com*
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: 212 907 0700
Facsimile:  212 818 0477

IT IS SO ORDERED
Judge Edward J. Davila
8/12/2014

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| In re: Intuitive Surgical Securities Litigation | CASE NO. 13-CV-1920-EJD |
|---|---|
| | **NOTICE OF WITHDRAWAL OF ATTORNEYS JAVIER BLEICHMAR, CYNTHIA HANAWALT AND DANIELLE STAMPLEY AS COUNSEL FOR LEAD PLAINTIFFS** |
| | Hon. Edward J. Davila |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT _Javier Bleichmar is no longer a member of the firm and Cynthia Hanawalt and Danielle Stampley are no longer associated with the firm of Labaton Sucharow LLP, and are hereby withdrawn as counsel for Plaintiff Employees' Retirement System of the State of Hawaii in the above-captioned actions.

Labaton Sucharow LLP, through the undersigned counsel of record, continues to serve as counsel for Plaintiffs, and all future correspondence and papers in this action should continue to be directed to them.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LABATON SUCHAROW LLP

By: /s/ Jonathan M. Plasse
　　　　　Jonathan M. Plasse
*Attorney for Plaintiff Employees' Retirement System of the State of Hawaii*