1   KEKER & VAN NEST LLP
    MICHAEL D. CELIO - # 197998
2   mcelio@kvn.com
    JO W. GOLUB - # 246224
3   jgolub@kvn.com
    CODY S. HARRIS - # 255302
4   charris@kvn.com
    PHILIP J. TASSIN - # 287787
5   ptassin@kvn.com
    633 Battery Street
6   San Francisco, CA 94111-1809
    Telephone:    415 391 5400
7   Facsimile:    415 397 7188

8   Attorneys for Defendants
    INTUITIVE SURGICAL, INC., LONNIE M. SMITH, GARY S.
9   GUTHART, SALVATORE J. BROGNA, AUGUSTO V.
    CASTELLO, JEROME J. McNAMARA, MARK J. MELTZER,
10  MARSHALL L. MOHR, COLIN MORALES, and DAVID J.
    ROSA

11  LABATON SUCHAROW LLP
12  JONATHAN M. PLASSE (*Pro Hac Vice*) - # JP-7515
    jplasse@labaton.com
13  JONATHAN GARDNER (*Pro Hac Vice*) - # JG-8512
    jgardner@labaton.com
14  SERENA HALLOWELL (*Pro Hac Vice*) - # SH-1120
    shallowell@labaton.com
15  140 Broadway
    New York, NY 10005
16  Telephone:    212 907 0700
    Facsimile:    212 818 0477
17
    Attorneys for Plaintiffs and the Putative Class
18

19              UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21                    SAN JOSE DIVISION

22  IN RE INTUITIVE SURGICAL          Case No. 5:13-cv-01920 EJD
    SECURITIES LITIGATION
23                                    CLASS ACTION

24                                    **STIPULATION REGARDING TIME TO
                                      RESPOND TO OPERATIVE**
25                                    **COMPLAINT**

26

27

28

IT IS SO ORDERED

Judge Edward J. Davila

Dated: 9/4/2014

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

859165.01

**WHEREAS**, pursuant to Local Rule 6-1(a) of the Civil Local Rules for the United States District Court for the Northern District of California, the parties "may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint;"

**WHEREAS**, on October 15, 2013, Lead Plaintiff, Employees' Retirement System of the State of Hawaii and named Plaintiff, Greater Pennsylvania Carpenters' Pension Fund (together "Plaintiffs") filed an Amended Consolidated Class Action Complaint ("ACAC") in this action [Dkt. 48];

**WHEREAS**, on December 16, 2013, Defendants filed a Motion to Dismiss the ACAC [Dkt. 53];

**WHEREAS**, on August 21, 2014, the Court issued an order granting in part and denying in part Defendant's Motion to Dismiss, *see* Dkt. 83 ("Order"), and ordered Plaintiffs to file any amended complaint within fifteen days of the Court's Order (*i.e.*, Friday, September 5, 2014);

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' response to the ACAC would be due on Thursday, September 4, 2014—one day before the Court's deadline for Plaintiffs to file an amended complaint;

**WHEREAS**, the parties have met and conferred and agree that it is in their mutual interest to extend the Defendants' time within which to answer or otherwise respond to any operative complaint in this action;

**IT IS THEREFORE STIPULATED THAT:**

Defendants shall not be required to respond to any operative complaint in this action, whether that be (a) the ACAC or (b) an amended complaint Plaintiffs file by the deadline set by

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

859165.01

the Court's Order, until 35 days after that deadline has passed.  Accordingly, Defendant's

response will be due no later than Friday, October 10, 2014.

IT IS SO STIPULATED.

Dated:  September 3, 2014                                  KEKER & VAN NEST LLP


                                                    By:   /s/ Michael D. Celio
                                                          MICHAEL D. CELIO
                                                          JO W. GOLUB
                                                          CODY S. HARRIS
                                                          PHILIP L. TASSIN

                                                          Attorneys for Defendants
                                                          INTUITIVE SURGICAL, INC., LONNIE
                                                          M. SMITH, GARY S. GUTHART,
                                                          SALVATORE J. BROGNA, AUGUSTO
                                                          V. CASTELLO, JEROME J.
                                                          McNAMARA, MARK J. MELTZER,
                                                          MARSHALL L. MOHR, COLIN
                                                          MORALES, and DAVID J. ROSA

Dated:  September 3, 2014                                  LABATON SUCHAROW LLP


                                                    By:   /s/ Serena Hallowell
                                                          JONATHAN M. PLASSE
                                                          JONATHAN GARDNER
                                                          SERENA HALLOWELL

                                                          Attorneys for Plaintiffs  and the Putative
                                                          Class


## CONCURRENCE

I, Michael D. Celio, am the ECF user whose ID and password are being used to file this

Stipulation Regarding Time to Answer Operative Complaint.  In compliance with General Order

45, X.B., I hereby attest that Serena Hallowell has concurred in this filing.

859165.01

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 3, 2014.

_/s/ Michael D. Celio_
MICHAEL D. CELIO

859165.01

**Mailing Information for Case 5:13-cv-01920-EJD In re Intuitive Surgical Securities Litigation**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric J. Belfi**
  ebelfi@labaton.com, ElectronicCaseFiling@labaton.com
- **Mary K. Blasy**
  mblasy@rgrdlaw.com, e_file_sd@rgrdlaw.com
- **Michael D. Celio**
  mdc@kvn.com, gpeterson@kvn.com, efiling@kvn.com, ehrlich@kvn.com
- **Susannah Ruth Conn**
  SConn@rgrdlaw.com
- **Jennifer Rae Crutchfield**
  jcrutchfield@cpmlegal.com, mkeilo@cpmlegal.com, jacosta@cpmlegal.com
- **Michael M. Goldberg**
  mmgoldberg@glancylaw.com, csadler@glancylaw.com, info@glancylaw.com, rprongay@glancylaw.com
- **Jo W. Golub**
  jgolub@kvn.com, efiling@kvn.com, SHarmison@kvn.com, sgiminez@kvn.com, jah@kvn.com
- **Serena Hallowell**
  shallowell@labaton.com, mrusso@labaton.com, efarber@labaton.com, dstampley@labaton.com
- **Cody Shawn Harris**
  charris@kvn.com, jsmith@kvn.com, efiling@kvn.com
- **Arthur Charles Leahy**
  artl@rgrdlaw.com, e_file_sd@rgrdlaw.com
- **Jeremy A Lieberman**
  jalieberman@pomlaw.com
- **Reid Patrick Mullen**
  rmullen@kvn.com, efiling@kvn.com, sharmison@kvn.com, pal@kvn.com
- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com, e_file_sd@rgrdlaw.com, sconn@rgrdlaw.com, e_file_sf@rgrdlaw.com
- **Jonathan M. Plasse**
  jplasse@labaton.com, electroniccasefiling@labaton.com
- **Philip James Tassin**
  ptassin@kvn.com, efiling@kvn.com, sharmison@kvn.com, sgiminez@kvn.com
- **Shawn A. Williams**
  shawnw@rgrdlaw.com, e_file_sd@rgrdlaw.com, e_file_sf@rgrdlaw.com

859165.01

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

(No manual recipients)

859165.01