UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE INTUITIVE SURGICAL SECURITIES LITIGATION | Case No. 5:13-CV-01920-EJD |
|---|---|
| | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Conference Statement filed on November 14, 2014 (Docket Item No. 94), the court finds that a scheduling conference is premature at this time.  Accordingly, the Case Management Conference scheduled for November 21, 2014 is CONTINUED to **10:00 a.m. on January 8, 2015**.  The parties shall file an updated Joint Case Management Conference Statement (of no more than 10 pages) on or before **January 2, 2015**.

In addition, after considering the parties' arguments in the Joint Case Management Conference Statement, disclosure and discovery are stayed until further order of the court.  This court finds that the pending Motion for Reconsideration is akin to a Motion to Dismiss that warrants a stay on discovery per the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b)(3)(B).  See Petrie v. Elec. Game Card, Inc., 761 F.3d 959, 968 (9th Cir. 2014) ("no

discovery may proceed until the court has sustained the legal sufficiency of a complaint").

**IT IS SO ORDERED.**

Dated: November 17, 2014



EDWARD J. DAVILA
United States District Judge