KEKER & VAN NEST LLP
MICHAEL D. CELIO - # 197998
mcelio@kvn.com
CODY S. HARRIS - # 255302
charris@kvn.com
PHILIP J. TASSIN - # 287787
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE INTUITIVE SURGICAL SECURITIES LITIGATION | Case No. 5:13-CV-001920 EJD<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br>Date Filed:  April 26, 2013 |

1. Defendants Intuitive Surgical, Inc., Lonnie M. Smith, Gary S. Guthart, and Marshall L. Mohr ("Defendants") have filed a motion to consider whether the action entitled *L. M. Back v. Guthart et al.*, Case No. 5:15-cv-01037-NC, currently pending before the Honorable Nathanael M. Cousins in this District, should be related to the actions pending before this Court, entitled *In Re Intuitive Surgical Securities Litigation*, Case No. 15:13-CV-01920 EJD, and *Berg v. Guthart, et al.*, Case No. 5:14-CV-00515-EJD. Having carefully considered the papers on this motion, Defendants' motion is GRANTED.

The clerk is directed to reassign Case No. 5:15-cv-01037-NC to this Court, and to vacate all pending dates before Judge Cousins.

**IT IS SO ORDERED.**

Dated: April 7, 2015

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE

---

1
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 5:13-CV-001920 EJD

919633.01