**ROBBINS GELLER RUDMAN & DOWD LLP**
Shawn A. Williams (Bar No. 213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

**LABATON SUCHAROW LLP**
JONATHAN GARDNER (*pro hac vice*)
SERENA P. HALLOWELL (*pro hac vice*)
CAROL C. VILLEGAS (*pro hac vice*)
SAMUEL B. C. DE VILLIERS (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
jgardner@labaton.com
shallowell@labaton.com
cvillegas@labaton.com
sdevilliers@labaton.com

*Counsel for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTUITIVE SURGICAL, INC. SECURITIES LITIGATION | No. 5:13-cv-01920-EJD <br><br> CLASS ACTION <br><br> **DECLARATION OF JONATHAN GARDNER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPROVAL OF CLASS COUNSEL** <br><br> DATE: January 21, 2016 <br> TIME: 9:00 a.m. <br> COURTROOM: Honorable Edward J. Davila |

I, Jonathan Gardner, declare as follows:

1. I am a member of the law firm Labaton Sucharow, LLP, in New York, New York, and I am admitted *pro hac vice* before this Court. I submit this Declaration in support of Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Approval of Class Counsel.

2. Exhibit 1 to this Declaration is a true and correct copy of Defendants' Objections and Responses to Plaintiffs' First Set of Requests for Admission.

3. Exhibit 2 to this Declaration is a true and correct copy of the Expert Report on market efficiency prepared by Plaintiffs' expert, Mr. Chad Coffman, CFA.

4. Exhibit 3 to this Declaration is a true and correct copy of the firm biography of Labaton Sucharow, LLP.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in New York, New York this 1st day of September, 2015.

Dated: September 1, 2015.                     /s/ Jonathan Gardner
                                              JONATHAN GARDNER

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 1, 2015.

/s/ Jonathan Gardner
JONATHAN GARDNER

**Mailing Information for a Case 5:13-cv-01920-EJD**

*In re Intuitive Surgical Securities Litigation*

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com
- **Mary K. Blasy**
  mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Michael D. Celio**
  mdc@kvn.com,gpeterson@kvn.com,efiling@kvn.com,ehrlich@kvn.com
- **Susannah Ruth Conn**
  SConn@rgrdlaw.com
- **Jennifer Rae Crutchfield**
  jcrutchfield@cpmlegal.com,mkeilo@cpmlegal.com,jacosta@cpmlegal.com
- **Samuel De Villiers**
  sdevilliers@labaton.com
- **Alexander Barnes Dryer**
  adryer@kvn.com,efiling@kvn.com,dxc@kvn.com
- **Jonathan Gardner**
  jgardner@labaton.com,jjohnson@labaton.com,cvillegas@labaton.com,
  cfox@labaton.com,tdubbs@labaton.com,lmehringer@labaton.com,
  acoquin@labaton.com,fmalonzo@labaton.com,acarpio@labaton.com,
  agreenbaum@labaton.com
- **Michael M. Goldberg**
  mmgoldberg@glancylaw.com,csadler@glancylaw.com,info@glancylaw.com,
  rprongay@glancylaw.com
- **Jo W. Golub**
  jgolub@kvn.com,efiling@kvn.com,SHarmison@kvn.com,sgiminez@kvn.com,
  jah@kvn.com
- **Serena Hallowell**
  shallowell@labaton.com,lmehringer@labaton.com,acoquin@labaton.com,
  fmalonzo@labaton.com,acarpio@labaton.com
- **Cody Shawn Harris**
  charris@kvn.com,jsmith@kvn.com,efiling@kvn.com
- **Kate Ellis Lazarus**
  klazarus@kvn.com,dfox@kvn.com
- **Arthur Charles Leahy**
  artl@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com
- **Reid Patrick Mullen**
  rmullen@kvn.com,efiling@kvn.com,sharmison@kvn.com,pal@kvn.com
- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com,sconn@rgrdlaw.com,
  e_file_sf@rgrdlaw.com
- **Jonathan M. Plasse**
  jplasse@labaton.com,electroniccasefiling@labaton.com
- **Ekaterini Maria Polychronopoulos**
  katerinap@rgrdlaw.com
- **Philip James Tassin**
  ptassin@kvn.com,adryer@kvn.com,efiling@kvn.com,sharmison@kvn.com,
  sgiminez@kvn.com

- **Carol C. Villegas**
  cvillegas@labaton.com,lmehringer@labaton.com,acoquin@labaton.com, fmalonzo@labaton.com,acarpio@labaton.com
- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

(No manual recipients)

CERTIFICATE OF SERVICE                3
MASTER FILE NO. 5:13-CV-01920-EJD