# EXHIBIT 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____

IN RE INTUITIVE SURGICAL                    Case No.: 5:13-CV-01920-
SECURITIES LITIGATION                        EJD

_____

**<u>EXPERT REPORT OF CHAD COFFMAN, CFA</u>**

# Table of Contents

**Page**

I.   INTRODUCTION .................................................................... 3

II.  QUALIFICATIONS ................................................................ 3

III. SUMMARY OF OPINIONS ..................................................... 4

IV.  OVERVIEW OF ISRG AND ALLEGATIONS ........................... 5

V.   DISCUSSION OF RELIANCE ELEMENT ............................... 8

VI.  *CAMMER* FACTORS............................................................. 10

VII. APPLICATION OF EFFICIENCY FACTORS TO ISRG COMMON STOCK...... 12

    A.   OVERVIEW ................................................................. 12

    B.   *CAMMER* FACTOR 1: AVERAGE WEEKLY TRADING VOLUME.................. 13

    C.   *CAMMER* FACTOR 2: ANALYST COVERAGE...................................... 15

    D.   *CAMMER* FACTOR 3: MARKET MAKERS ......................................... 17

    E.   *CAMMER* FACTOR 4: SEC FORM S-3 ELIGIBILITY ........................... 19

    F.   *CAMMER* FACTOR 5: PRICE REACTION TO NEW INFORMATION ............... 20

    G.   ADDITIONAL FACTOR 1: MARKET CAPITALIZATION.................................. 29

    H.   ADDITIONAL FACTOR 2: THE BID-ASK SPREAD ........................................... 30

    I.   ADDITIONAL FACTOR 3: INSTITUTIONAL OWNERSHIP............................. 31

    J.   ADDITIONAL FACTOR 4: AUTOCORRELATION ............................................. 31

    K.   ADDITIONAL FACTOR 5: OPTIONS.................................................................. 32

VIII. DAMAGES ........................................................................... 33

IX.  CONCLUSION ...................................................................... 34

## I.   INTRODUCTION

1.      My name is Chad Coffman. I am the President of Global Economics Group, a Chicago-based firm that specializes in the application of economics, finance, statistics, and valuation principles to questions that arise in a variety of contexts, including, as here, in the context of litigation. I have been asked by counsel for the Lead Plaintiff in this matter to examine and opine on whether the market for Intuitive Surgical, Inc. ("ISRG" or the "Company") common stock ("ISRG Common Stock" or "Common Stock") was efficient during the Class Period.[1] In addition, I have been asked to opine on whether damages in this matter are subject to a common methodology under Section 10(b) of the Exchange Act of 1934 and SEC Rule 10b-5 adopted thereunder (collectively "Section 10(b)").

2.      The materials I have considered in forming my opinions are summarized in **Appendix A**. Global Economics Group is being compensated at an hourly rate of $575 per hour for my work on this matter and my compensation is in no way contingent on the outcome of this case. My qualifications are described below.

## II.  QUALIFICATIONS

3.      I hold a Bachelor's Degree in Economics with Honors from Knox College and a Masters in Public Policy from the University of Chicago. I am also a CFA charter-holder. The CFA, or Chartered Financial Analyst, designation is awarded to those who have sufficient practical experience and complete a rigorous series of three examinations over three years that cover a wide variety of financial topics including financial statement analysis and valuation.

---

[1] The putative Class Period identified in the Amended Class Action Complaint ("Complaint") is from February 6, 2012 through July 18, 2013. Complaint at p. 1.

4.      I, along with several others, founded Global Economics Group in March 2008.[2]
Prior to starting Global Economics Group, I was employed by Chicago Partners LLC for over
twelve years where I was responsible for conducting and managing analysis in a wide variety of
areas including securities valuation and damages, labor discrimination and antitrust. I have been
engaged numerous times as a valuation expert both within and outside the litigation context. My
experience in class action securities cases includes work for plaintiffs, defendants, D&O insurers
and a prominent mediator (Retired Judge Daniel Weinstein) to provide economic analysis and
opinions in dozens of securities class actions as well as other matters. As a result of my
involvement in these cases, much of my career has been spent analyzing and making inferences
about how quickly and reliably, and to what degree, new information impacts securities prices.

5.      My qualifications are further detailed in my curriculum vitae, which is attached as
**Appendix B**.

## III.   SUMMARY OF OPINIONS

6.      After analyzing ISRG Common Stock throughout the Class Period and giving
careful consideration to the efficiency factors described in detail throughout this report, I have
formed the opinion that the market for ISRG Common Stock was efficient throughout the Class
Period and that damages can be calculated on a class-wide basis. These opinions are based upon
my analysis described below.

7.      The remainder of this report is organized as follows: **Section IV** of this report
provides an overview of ISRG's business operations and the allegations in this case. **Section V**
discusses the reliance requirement and the "fraud on the market" theory. **Section VI** introduces
the *Cammer* factors and other factors for evaluating market efficiency under the "fraud on the

---

[2] Global Economics Group was formerly known as Winnemac Consulting, LLC.

market" theory. **Section VII** provides the results of my empirical evaluation of each *Cammer* factor and other factors for the Common Stock during the putative Class Period. **Section VIII** addresses how damages in this matter are subject to a common approach and methodology that can be applied class-wide. Finally, **Section IX** offers my conclusions.

8.     I reserve the right to amend this report to reflect new information available to me in light of the discovery process and/or future rulings from the Court.

## IV.    OVERVIEW OF ISRG AND ALLEGATIONS

9.     ISRG was founded in 1995 and during the Class Period was incorporated in the state of Delaware with its headquarters in Sunnyvale, CA.[3] As of December 31, 2012, ISRG had over 2,300 employees[4] and its primary product was an advanced surgical system known by the product name da Vinci. In its 10-K for the FYE 2012, ISRG described the da Vinci product as follows:

> Intuitive designs, manufactures and markets *da Vinci* Surgical Systems and related instruments and accessories, which taken together, are advanced surgical systems that we believe represent a new generation of surgery. We believe that this new generation of surgery, which we call *da Vinci* Surgery, combines the benefits of minimally invasive surgery ("MIS") for patients with the ease of use, precision and dexterity of open surgery. A *da Vinci* Surgical System consists of a surgeon's console, a patient-side cart and a high performance vision system. The *da Vinci* Surgical System translates a surgeon's natural hand movements, which are performed on instrument controls at a console, into corresponding micro-movements of instruments positioned inside the patient through small incisions, or ports. The *da Vinci* Surgical System is designed to provide its operating surgeon with intuitive control, range of motion, fine tissue manipulation capability and 3-D, High-Definition ("HD") vision while simultaneously allowing the surgeon to work through the small ports of MIS.[5]

---

[3] ISRG 10-K for the FYE December 31, 2012, p 19.

[4] ISRG 10-K for the FYE December 31, 2012, p 18.

[5] ISRG 10-K for the FYE December 31, 2012, p 3.

As of December 31, 2012, ISRG stated that they had installed 2,585 da Vinci units with the following geographical breakdowns: 1,878 in the United States, 416 in Europe, and 291 in the rest of the world. Moreover, ISRG approximated that in 2012 da Vinci was used in roughly 450,000 procedures.[6] Meanwhile, from a financial perspective, ISRG had the following select line items for its FYE 2012: Total revenues of $2.178 million, Gross Profit of $1,570 million, and Net Income of $656 million.[7]

10.    Plaintiffs' Complaint alleges that ISRG and the Individual Defendants issued false and misleading statements and omitted material information during the Class Period, ultimately causing damages to purchasers of ISRG Common Stock who unknowingly bought the Common Stock at artificially inflated prices and were damaged when the price ultimately reflected the concealed information.[8]

11.    Specifically, the Complaint alleges that the false and misleading statements and material omissions were made with respect to the safety and efficacy of ISRG's da Vinci product.[9] The Complaint asserts that ISRG was aware of defects associated with da Vinci that resulted in injury or death, but rather than fully disclose these issues ISRG attempted to conceal them from the Food and Drug Administration ("FDA") and the investing public.[10] The Complaint suggests that ISRG omitted material information by:

(1) Underreporting and misclassifying injuries and deaths resulting from da Vinci surgeries, which when corrected led to a significant spike in overall da Vinci-related

---

[6] ISRG 10-K for the FYE December 31, 2012, p 10.

[7] ISRG 10-K for the FYE December 31, 2012, p 42.

[8] Complaint ¶¶ 172-73.

[9] Complaint ¶¶ 10-11.

[10] Complaint ¶¶ 3-5.

Medical Device Reports (MDRs) being reported, as well as a material rise in MDRs previously labeled "other," being upcoded to "serious injury";[11]

(2) Concealing the number and nature of products liability claims brought against the Company during the Class Period; and

(3) Issuing three "secret recalls" that took place in October 2011.[12]

The Complaint further alleges that ISRG tended to add disclaimers to the incidents that attempted to dismiss any causal ties to da Vinci.[13]

12.    The Complaint states that following a meeting between Intuitive and the FDA in September 2012, ISRG changed its reporting of incidents to properly account for all injuries and to code them more accurately.[14] Following the change to ISRG's reporting system and reclassification of serious injuries, the Complaint details that the FDA began a formal safety probe that later was leaked to the marketplace which caused the share price of ISRG to drop substantially.[15] The Complaint further alleges that as news of the FDA probe and da Vinci defects spread, patients, surgeons and hospitals cut back on da Vinci purchases and the number of procedures declined.[16] The Complaint goes on to detail that the resulting safety concerns began to affect the Company's quarterly financials in subsequent earnings reports causing additional declines in ISRG's share price resulting in more damages as the concealed safety issues were fully revealed.[17] Finally, the Complaint alleges after Intuitive publicly released a

---

[11] Complaint ¶¶ 5-7, 19.

[12] Complaint ¶183.

[13] Complaint ¶ 5.

[14] Complaint ¶ 6.

[15] Complaint ¶¶ 7-8.

[16] Complaint ¶ 12.

[17] Complaint ¶¶ 12-18.

Warning Letter issued by the FDA, citing ISRG's failure to adequately report recalls and adverse events, ISRG's share price declined further upon these further revelations of continued safety concerns.[18]

## V.   DISCUSSION OF RELIANCE ELEMENT

13.   Class members' reliance on the alleged misstatements and material omissions is a required element for Plaintiff's Section 10(b) claims. In addition to the *Affiliated Ute* theory of reliance, Plaintiff asserts the "fraud on the market" theory of reliance in this matter.[19] The "fraud on the market" theory is based on the fact that in an efficient market (one in which widely-available public information is promptly incorporated into the market price), all purchasers implicitly rely on any material misrepresentations or omissions, since the value of those misrepresentations or omissions is incorporated into each class member's purchase price. The "fraud on the market" theory was first addressed by the U.S. Supreme Court in *Basic v. Levinson* and reaffirmed in *Halliburton II*:

> [I]n an open and developed securities market, the price of a company's stock is determined by the available material information regarding the company and its business …. Misleading statements will therefore defraud purchasers of stock even if the purchasers do not directly rely on the misstatements…. The causal connection between the defendants' fraud and the plaintiffs' purchase of stock in such a case is no less significant than in a case of direct reliance on misrepresentations.[20] (omissions in original).

---

[18] Complaint ¶¶ 16-18.

[19] The *Affiliated Ute* theory of reliance does not require proof of market efficiency in cases that primarily involve omissions. *See Affiliated Ute Citizens of Utah. v. United States*., 406 U.S. 128, 153-54 (1972) "Under the circumstances of this case, involving primarily a failure to disclose, positive proof of reliance is not a prerequisite to recovery. All that is necessary is that the facts withheld be material in the sense that a reasonable investor might have considered them important in the making of this decision… This obligation to disclose and this withholding of a material fact establish the requisite element of causation in fact." *Id*. (citations omitted)

My report is only relevant with respect to fraud on the market theory. If Plaintiff asserts *Affiliated Ute,* then my opinion on the market efficiency of ISRG does not in any way change.

[20] *Basic Inc. v. Levinson*, 485 U.S. 224, 241-42 (1988).

> More than 25 years ago, we held that plaintiffs could satisfy the reliance element of the Rule 10b–5 cause of action by invoking a presumption that a public, material misrepresentation will distort the price of stock traded in an efficient market, and that anyone who purchases the stock at the market price may be considered to have done so in reliance on the misrepresentation. We adhere to that decision and decline to modify the prerequisites for invoking the presumption of reliance.[21]

14.     As indicated in *Basic* and reaffirmed in *Halliburton II*, in an open, developed and efficient market, market prices reflect what is known about a company. If a company provides the market with misleading information regarding its financial strength or business practices, the market price will be inflated (or deflated) compared to what the price would have been if the truth were known (but-for misleading information). Thus, in an efficient market, where the plaintiff asserts there were material misrepresentations or omissions, all purchasers implicitly relied on those misrepresentations and lack of disclosure by paying the inflated (deflated) price.

15.     Determining whether the market for a security was "open and developed" or "efficient" to the degree required for a presumption of reliance under the "fraud on the market" theory is an empirical exercise.[22] The esteemed economist Dr. Eugene Fama, in his seminal research, first outlined definitions of an "efficient market."[23] He described different levels of efficiency which he called "weak form," "semi-strong form" and "strong form" efficiency.[24]

---

[21] *Halliburton Co. v. Erica P. John Fund, Inc.*, 134 S. Ct. 2398, 2417 (2014) ("Halliburton II").

[22] This concept is supported by *Halliburton II*, 134 S. Ct. at 2410. "To recognize the presumption of reliance, the Court explained, was not 'conclusively to adopt any particular theory of how quickly and completely publicly available information is reflected in market price.'" *Id.* at 2410 (quoting *Basic* 485 U.S. at 248 n. 28). The Court instead based the presumption on the fairly modest premise that "market professionals generally consider most publicly announced material statements about companies, thereby affecting stock market prices." *Basic*, 485 U.S. at 246 n. 24. *Basic's* presumption of reliance thus does not rest on a "binary" view of market efficiency. Indeed, in making the presumption rebuttable, *Basic* recognized that market efficiency is a matter of degree and accordingly made it a matter of proof.

[23] Eugene Fama, Efficient Capital Markets: A Review of Theory and Empirical Work, 25 J. FIN. 383 (1970).

[24] "Weak form" efficiency requires that historical prices are not predictive of future prices. Under this form of efficiency, excess returns cannot be earned using strategies based on historical prices. Therefore, technical analysis will not produce consistent excess returns over time. "Semi-strong form" efficiency implies that all public information is reflected in a stock's current market price. Security prices adjust to new publicly available

16.     The market efficiency standard adopted by *Basic* and reaffirmed by *Halliburton II* as necessary for the presumption of reliance conforms most closely with Dr. Fama's "semi-strong-form" efficiency. "Semi-strong-form" efficiency implies that all publicly available information is reflected in a security's current market price. This implies that security prices adjust to new publicly available information rapidly and in an unbiased fashion so that it is impossible to earn excess returns by trading on that information. *Basic* stated: "[I]n an open and developed securities market, the price of a company's stock is determined by the available material information regarding the company and its business."[25] The Supreme Court's effective adoption of the "semi-strong-form" efficiency standard is economically sensible because it recognizes that insiders often possess non-public information and that securities prices do not necessarily reflect this non-public information, but that to presume reliance, the market price must reflect publicly available information.[26]

17.     In the next section, I explain the factors that are regularly considered by courts in determining whether the market for a particular security is efficient.

## VI.   *CAMMER* FACTORS

18.     In *Cammer v. Bloom*, the Court identified the following factors as relevant to the determination of whether an efficient market exists for a given security: 1) average weekly

---

information rapidly and in an unbiased fashion so that it is impossible to earn excess returns by trading on that information. Under this form of efficiency, neither fundamental nor technical analysis can produce consistent excess returns. "Strong form" efficiency implies all information in the market, whether public or private, is accounted for in the market price. In this market, investors cannot consistently earn excess returns over a long period of time even if they have inside information.

[25] *Basic*, 485 U.S. at 241.

[26] Indeed, *Halliburton II* sensibly makes clear that the standard is short of some idealized notion of semi-strong efficiency, but rather, "[t]o recognize the presumption of reliance, the [Basic] Court explained, was not 'conclusively to adopt any particular theory of how quickly and completely publicly available information is reflected in market price.'" *Id.* at 2410 (quoting *Basic*, 485 U.S. at 248 n. 28). The Court instead based the presumption on the fairly modest premise that "market professionals generally consider most publicly announced material statements about companies, thereby affecting stock market prices." *Basic*, 485 U.S. at 246 n. 24.

trading volume, 2) analyst coverage, 3) market makers, 4) SEC Form S-3 eligibility, and 5) price reaction to unexpected information.[27]

19.     The *Cammer* decision relied on Bromberg & Lowenfels' definition of efficiency.[28] As articulated below, the adopted definition of efficiency is consistent with Fama's definition of "semi-strong" efficiency.[29] For the purposes of this exercise, I adopt Bromberg & Lowenfels' definitions for the terms "open," "developed," and "efficient" as described below:

> An *open market* is one in which anyone, or at least a large number of persons, can buy or sell.
>
> A *developed market* is one which has a relatively high level of activity and frequency, and for which trading information (e.g., price and volume) is widely available. It is principally a secondary market in outstanding securities. It usually, but not necessarily, has continuity and liquidity (the ability to absorb a reasonable amount of trading with relatively small price changes).
>
> An *efficient market* is one which rapidly reflects new information in price.
>
> These terms are cumulative in the sense that a developed market will almost always be an open one. And an efficient market will almost invariably be a developed one.[30]

20.     While there is a well-accepted economic theory of market efficiency, there are no broadly accepted bright-line empirical tests that allow one to classify a particular market as "efficient" or "inefficient." In my view, the *Cammer* decision identified important metrics to consider when evaluating efficiency for purposes of the "fraud on the market" theory. I also consider a number of other factors that courts have utilized beyond the *Cammer* factors. However, since there are no bright-line tests for efficiency, it is important to consider the

---

[27] *Cammer v. Bloom*, 711 F. Supp. 1264 (D.N.J. 1989).

[28] *Id.* at 1276 n. 17.

[29] Eugene Fama, Efficient Capital Markets: A Review of Theory and Empirical Work, 25 J. FIN. 383 (1970).

[30] *Cammer*, 711 F. Supp. at 1276 n.17 (citing 4 Alan R. Bromberg & Lewis D. Lowenfels, SECURITIES FRAUD & COMMODITIES FRAUD § 8.6 (Aug. 1988) ("Bromberg") (emphasis added)).

identified efficiency factors as a whole because none of the individual tests or metrics are determinative as to whether a particular market is efficient.

21.     In the subsequent sections, I evaluate each of the *Cammer* factors, as well as the following additional factors that courts have also considered in assessing market efficiency: 1) market capitalization, 2) bid-ask spread, 3) the percentage of shares held by institutional investors, and 4) autocorrelation (whether there is a pattern in a security's returns so that past returns have the ability to predict future returns), and 5) option trading.

## VII.  APPLICATION OF EFFICIENCY FACTORS TO ISRG COMMON STOCK

### A.  OVERVIEW

22.     After giving careful consideration to each of the efficiency factors described in detail below, I find that each factor supports my opinion that the market for ISRG Common Stock was efficient throughout the Class Period. In addition to the discussion below, **Exhibit 1** summarizes how for each of the factors examined the empirical evidence supports a finding that the Common Stock traded in an efficient market. As further background to my analyses, **Exhibit 2** displays the Common Stock closing price and trading volume for each day throughout the Class Period.

23.     In summary, and as discussed more fully below, ISRG Common Stock traded in an efficient market. First, the average weekly trading volume of the Common Stock during the Class Period far exceeded benchmarks that courts have established. During the Class Period, the average daily trading volume for the Common Stock was over 375,000 shares, which represents an average of 4.8% turnover per week, higher than the average daily trading volume of common stocks traded on the NASDAQ as I demonstrate below. Second, there was a large number of securities analysts following and reporting on ISRG. Third, ISRG Common Stock was actively

traded on the NASDAQ, fulfilling the *Cammer* factor regarding market makers. Fourth, ISRG filed several Form S-3s before the Class Period and met the important eligibility criteria and was apparently eligible to file Form S-3 throughout the Class Period because ISRG had previously provided sufficiently high levels of public information to the market in its SEC filings. Fifth, ISRG Common Stock had a large market capitalization relative to other companies that traded on the NYSE and NASDAQ. Sixth, ISRG Common Stock had a low bid-ask spread relative to other common stocks. Seventh, institutions, which are considered generally to be well-informed investors, held, on average, over 87% of ISRG's public float during the Class Period. Eighth, there is no evidence of autocorrelation in ISRG returns during the Class Period. Ninth, there was considerable trading in ISRG options throughout the Class Period. Finally, there was a strong cause-and-effect relationship between new Company-specific information and the market price of the Common Stock during the Class Period. These factors all support the conclusion that ISRG's Common Stock traded in an open, developed, and efficient market throughout the Class Period.

### B. *CAMMER* FACTOR 1: AVERAGE WEEKLY TRADING VOLUME

24.     The first *Cammer* factor is the average weekly trading volume of a security. According to one authority cited by the *Cammer* court,

> Turnover measured by average weekly trading of 2% or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; 1% would justify a substantial presumption.[31]

25.     Volume as a fraction of shares outstanding is an important indicator of market efficiency. First, volume is objectively quantifiable and comparable across securities. Second, high volume is generally indicative of continuity, liquidity, and market depth – which are highly

---

[31] *Cammer*, 711 F. Supp. at 1293 (citing Bromberg).

indicative of market efficiency.[32] Third, substantial volume would indicate there is likely a market for the collection and distribution of information about the security. As Thomas and Cotter explain in a paper discussing market efficiency and the SEC's criteria for S-3 filings, "[t]rading volume was also considered as an eligibility standard because it affects information dissemination to the market, and was an important criterion for investment analysts in deciding which stocks to follow."[33]

26.    ISRG Common Stock easily surpasses the threshold level of average weekly trading volume necessary for an efficient market. The average weekly turnover for the Common Stock was 4.81%, compared to 3.71% for the NASDAQ from February 1, 2012 to July 31, 2013. **Exhibit 3** plots ISRG's Common Stock trading volume as a fraction of shares outstanding for each week during the Class Period.[34] Indeed, the average *daily* volume during the Class Period was over 375,000 shares which further demonstrates market efficiency.

27.    The volume of trading for the Common Stock supports the conclusion that the market for this Common Stock was efficient throughout the Class Period.

28.    Another measure of the concepts underlying this *Cammer* factor (continuity, liquidity, and market depth) is annualized turnover velocity, which is essentially the first

---

[32] Continuity means that trades may occur at any time. Liquidity in this context means that investors can convert cash into shares or shares into cash at a price similar to that of the prior trade (assuming no new information). William F. Sharpe, Gordon J. Alexander & Jeffery V. Bailey, *Investments* 44-45 (Prentice Hall 5th ed. 1995). Bromberg and Lowenfels define a market that has continuity and liquidity as "the ability to absorb a reasonable amount of trading with relatively small price changes." *Cammer*, 711 F. Supp. at 1276 n.17 (citing Bromberg et al.). Market depth refers to the number of shares that can be traded at quoted prices. A deep market will have significant orders on the buy and sell side so that the market can experience a relatively large market order without greatly altering the market price. *See* Yakov Amihud et al., *Liquidity and Asset Prices*, 1 FOUND. & TRENDS FIN. 269 (2006).

[33] Randall S. Thomas & James F. Cotter, *Measuring Securities Market Efficiency in the Regulatory Setting*, 63 LAW & CONTEMP. PROBS 105, 108 (2000). Randall S. Thomas is a Director of the Law and Business Program at Vanderbilt University. Dr. James Cotter is an Associate Professor of Finance at Wake Forest University.

[34] For the purposes of this analysis, a "trading week" consists of 5 consecutive trading days (this may not follow the calendar week).

*Cammer* factor expressed in dollar terms.[35] The advantage of this measure is that ISRG Common Stock's annualized turnover velocity can be compared directly with other stocks that trade on the same exchange based on exchange-reported statistics. Over the Class Period, the average annualized turnover velocity ratio for ISRG Common Stock was 244%, compared with the NASDAQ average of 188% for the period February 1, 2012 to July 31, 2013.[36] Thus, ISRG Common Stock had an average annualized and weekly turnover that exceeded the average security trading on the NASDAQ, further supporting that it traded in an efficient market.

29.    In short, the relatively high trading volume in the Common Stock throughout the Class Period supports the conclusion that the market for the Common Stock was efficient.

## C.  *CAMMER* FACTOR 2: ANALYST COVERAGE

30.    The *Cammer* decision stated the following related to analyst coverage:

> [I]t would be persuasive to allege a significant number of securities analysts followed and reported on a company's stock during the class period. The existence of such analysts would imply, for example, the [auditor] reports were closely reviewed by investment professionals, who would in turn make buy/sell recommendations to client investors.[37]

31.    Analyst coverage can be important confirmatory evidence of efficiency. Significant analyst coverage implies that there is sufficient interest in a company and its securities, that there is an active market for information regarding the company and its securities, and that the information is widely distributed.

---

[35] Turnover velocity is simply the annualized average turnover (the first *Cammer* Factor) expressed in dollar terms: **Turnover Velocity Ratio** = (Volume x Price)/(Shares Outstanding x Price) = Dollars Traded/Dollars Outstanding. *See* http://www.world-exchanges.org/files/statistics/pdf/Stats_definitions_2013.pdf.

[36] Turnover velocity for the NASDAQ is calculated from data provided by the World Federation of Exchanges; http://www.world-exchanges.org/statistics.

[37] *Cammer*, 711 F. Supp. at 1286.

32.     During the Class Period, there was an abundance of analyst coverage of ISRG. **Exhibit 4** shows that there were at least 190 analyst reports issued during the Class Period and lists 18 separate firms that had equity analysts issue reports on ISRG.[38] Major firms such as JP Morgan, Morgan Stanley, and Piper Jaffray regularly issued analyst reports on ISRG. These reports served the purpose of disseminating publicly available information along with commentary, news, updates, analysis and recommendations of the analysts to investors. The extensive coverage of ISRG by securities analysts supports the conclusion that the Common Stock traded in an efficient market throughout the Class Period.

33.     Since 1989, when the *Cammer* decision was rendered, there has been a massive increase in alternative methods by which publicly available information about publicly-traded securities is disseminated to investors. For example, since the *Cammer* decision, through the Internet, 24-hour cable news networks, email, RSS feeds,[39] and other media, the ability of individual and institutional investors to obtain information about publicly-traded securities and the market in general has revolutionized the manner in which investors and investment professionals receive and process information.

34.     Moreover, information regarding the market price, the current bid-ask spread, and the ability to trade online is available almost instantaneously via the Internet for anyone with an online brokerage account. Thus, in addition to the substantial analyst coverage of ISRG, there

---

[38] I obtained analyst reports from Investext. **Exhibit 4** almost certainly understates the total amount of analyst coverage since a number of analyst reports are not available through third party data providers such as Investext.

[39] RSS is an acronym for Really Simple Syndication or Rich Site Summary. RSS files are formed as XML files and are designed to provide content summaries of news, blogs, forums or website content. The RSS feeds are generally simple headlines and brief descriptions and if the user is interested they can click to see additional information. Content viewed in the RSS reader or news aggregator is known as an RSS feed. RSS is becoming increasing popular since it is a free and easy way to promote a site and its content without the need to advertise or create complicated content sharing partnerships. http://www.rss-specifications.com/ and http://www.rss-specifications.com/what-is-rss.htm.

were many other sources of public information dissemination. For example, there was substantial public press regarding ISRG. A search for articles classified as related to ISRG by Factiva over the Class Period results in over 2,700 articles.[40] In addition, there were also numerous SEC filings available online at EDGAR at no out-of-pocket cost as well as various other sources of public information available throughout the Class Period that I do not attempt to quantify. The degree of news coverage and publicly available information further supports the conclusion that there was substantial supply of and demand for information regarding ISRG in the public arena throughout the Class Period.

35.    In summary, the number of analyst reports, other investment reports covering ISRG, and the substantial public dissemination of news and other information regarding ISRG provides evidence of a robust and active market for public information about ISRG and evidence that ISRG Common Stock traded in an efficient market during the Class Period.

### D. *CAMMER* FACTOR 3: MARKET MAKERS

36.    A market maker is a firm that is ready to buy or sell a particular stock on a regular and continuous basis.[41] The third *Cammer* factor states:

> For over the counter markets without volume reporting, the number of market makers is probably the best single criterion. Ten market makers for a security would justify a substantial presumption that the market for the security is an efficient one; five market makers would justify a more modest presumption.[42]

37.    The basic premise that the number of market makers can serve as an efficiency criteria relates to the notion that market makers are:

---

[40] Based on a search for "All Sources" with the text field "Intuitive Surgical" for the period "February 6, 2012 - July 18, 2013." The Factiva search yielded 2,779 unique articles. Duplicate articles have been removed by a proprietary function accessible in Factiva's search builder.

[41] *See* http://www.sec.gov/answers/mktmaker.htm.

[42] *Cammer*, 711 F. Supp. at 1293.

…presumably knowledgeable about the issuing company and the stocks' supply and demand conditions (i.e., the "order flow"). Therefore, it is believed the larger the number of market makers in a given security, the more information is available about it and the quicker its dissemination in the price.[43]

38.      ISRG Common Stock traded on the NASDAQ with continuous public price and volume reporting (as opposed to an over-the-counter market without volume reporting, which is the context in which *Cammer* indicated this was a relevant criterion). On such over-the-counter markets, there may be reason for concern regarding liquidity and information dissemination. However, these concerns are generally not applicable to stocks trading on large, modern exchanges such as the NASDAQ, which are often assumed to be efficient,[44] report volume and trade details, and tend to have rules that virtually guarantee a liquid market.[45] The NASDAQ is one of the largest and most liquid security exchanges in the world with billions of shares traded each day. Unlike an over-the-counter market that relies on decentralized market makers providing liquidity for trading, the NASDAQ relies on a computerized system to match orders and provide quotes.[46] The minimum requirements to be listed on the NASDAQ and remain in good standing virtually guarantee a liquid market for the security. Therefore, the number of "market makers" itself is not a particularly relevant metric in this case.

---

[43] Brad M. Barber, Paul A. Griffin & Baruch Lev, "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," 19 J. Corp. L. 285, 291 (Winter 1994).

[44] Roman L. Weil, Daniel G. Lentz & David P. Hoffman, *Litigation Services Handbook, The Role of the Financial Expert* (5th ed. 2012).

[45] https://listingcenter.nasdaqomx.com/assets/initialguide.pdf.

[46] *See* http://www.nasdaq.com/includes/Anatomy_of_a_Trade_FactSheet.pdf; http://www.nasdaqomx.com/transactions/trading/equities; http://www.nasdaq.com/reference/market_mechanics.pdf.

39.    Nevertheless, according to Bloomberg, during the Class Period, there were 122 market makers for ISRG Common Stock.[47] Therefore ISRG easily meets the letter and spirit of this *Cammer* factor, further supporting the efficiency of the market during the Class Period.

### E.  *CAMMER* FACTOR 4: SEC FORM S-3 ELIGIBILITY

40.    The fourth *Cammer* factor is SEC Form S-3 Eligibility, which states,

> [I]t would be helpful to allege the Company was entitled to file an S-3 Registration Statement in connection with public offerings or, if ineligible, such ineligibility was only because of timing factors rather than because the minimum stock requirements set forth in the instructions to Form S-3 were not met. Again, it is the number of shares traded and value of shares outstanding that involve the facts which imply efficiency.[48]

41.    Through Form S-3, the SEC allows certain companies that have previously provided sufficiently high levels of public information to incorporate prior SEC filings by reference into current filings and not repeat the information, since it is already deemed to be widely publicly available. In order to be eligible to issue a Form S-3, among other things, a company 1) must be subject to the Securities Exchange Act of 1934 reporting requirements for more than one year, 2) must have filed all documents in a timely manner for the past twelve months, and 3) must show that it has not failed to pay dividends or sinking funds nor defaulted on debts or material leases.[49] Thus, eligibility to file a Form S-3 provides further evidence of an efficient market because it meets the requirements for a regulator to consider it a regular producer of publicly available information. Interpreted in this way, the standard makes sense as an indicator of efficiency.

---

[47] Bloomberg terminal (market maker function).

[48] *Cammer*, 711 F. Supp. at 1287.

[49] For additional information, *see* www.sec.gov/about/forms/forms-3.pdf.

42.     ISRG was S-3 eligible and, in fact, filed several Form S-3s before the Class Period. A Form S-3 allows a company to register unspecified amounts of different types of securities using a single form. ISRG filed Forms S-3s on November 4, 2003, September 11, 2003, and July 16, 2001.[50] Even though ISRG did not file an S-3 during the Class Period, ISRG meet all of the important eligibility criteria as it relates to market efficiency and was apparently eligible based on the criteria described by the SEC that I reviewed.[51] Therefore, ISRG meets this *Cammer* efficiency factor, which supports the conclusion that the Common Stock traded in an efficient market.

### F.  *CAMMER* FACTOR 5: PRICE REACTION TO NEW INFORMATION

43.     The fifth *Cammer* factor relates to how the price of a security reacts to new information and states:

> [O]ne of the most convincing ways to demonstrate [market] efficiency would be to illustrate, over time, a cause and effect relationship between company disclosures and resulting movements in stock price.[52]

44.     Establishing a causal connection between new company-specific news events and movements in the market price is convincing evidence of market efficiency. A technique often relied upon, both inside and outside of the context of litigation, to establish such a causal connection is called the "event study." An event study is a well-accepted statistical method utilized to isolate the impact of information on market prices.[53] Indeed, academics used event studies as one tool for evaluating the efficient market hypothesis in the first place. Event studies

---

[50] http://www.sec.gov/edgar/searchedgar/companysearch.html

[51] https://www.sec.gov/about/forms/forms-3.pdf. I am not an expert in the criteria required for this eligibility but my review of the document coupled with what I researched on ISRG suggested to me that they were eligible to file during the Class Period.

[52] *Cammer*, 711 F. Supp. at 1291.

[53] A. Craig MacKinlay, *Event Studies in Economics and Finance*, 35 J. ECON. LITERATURE 13 (1997).

have been used for over 40 years and have appeared in hundreds if not thousands of academic

articles as scientific evidence in evaluating how new information affects securities prices.[54]

45. An event study is a technique used to measure the effect of new public information

on the market prices of a company's publicly traded securities. New information may be

included in, for example, company press releases, earnings reports, SEC filings, and news reports

or analyst reports. An event study is conducted by specifying a model of expected price

movements conditioned on outside market factors and then testing whether the deviation from

expected price movements is sufficiently large that simple random movement can be rejected as

the cause.

46. To analyze cause and effect, I performed an event study to determine whether

ISRG's Common Stock reacted to earnings announcements during the Class Period in a manner

significantly different from how the stock moved on days with the least amount of ISRG news.

Based on the event study I performed, which explicitly controls for market and industry factors, I

find that there is a clear cause and effect relationship between new public information about

ISRG and the market price of its Common Stock. I now describe in further detail the event study

methodology, the events I test, and the results.

47. A well-accepted method for performing an event study is to estimate a regression

model over some period of time (an "estimation window") to observe the typical relationship

---

[54] John Binder, "The Event Study Methodology Since 1969," 11 *Review of Quantitative Finance and Accounting* 111-137 (1998). Also, see *Halliburton II*, 134 S. Ct. at 2415 "After all, plaintiffs themselves can and do introduce evidence of the existence of price impact in connection with 'event studies' - regression analyses that seek to show that the market price of the defendant's stock tends to respond to pertinent publicly reported events... As explained, it is appropriate to allow plaintiffs to rely on this indirect proxy for price impact, rather than requiring them to prove price impact directly, given *Basic's* rationales for recognizing presumption of reliance in the first place."

between the market price of the relevant security and broad market and industry factors.[55] I have performed such an analysis in this case, where I evaluate the relationship between ISRG's Common Stock's daily returns (percentage change in price) controlling for the general market (S&P 500 Total Return) and an "Industry Index" (the S&P 500 Healthcare Index).[56, 57]

48.   For each trading day analyzed, I constructed a regression model using data from the prior 120 trading days.[58] This "rolling" regression model allows for the relationship between ISRG's Common Stock and the market factors as well as the firm-specific volatility to update over time according to the data observed over the most recent 120 trading day (roughly six month) period. Use of a rolling model to account for changing volatility and evolving relationships among market indices is observed in the peer-reviewed literature.[59] I implemented

---

[55] A "regression" or "regression model" is a statistical technique for measuring the ability of one or more variables (the "independent variables") to "explain" another variable of interest (the "dependent" variable). In this case, the daily percentage change in ISRG's stock price (the ISRG daily "return") is the dependent variable and the contemporaneous daily returns for a market and industry index are the independent variables. For a general discussion of regression analysis, see Chapters 1-3 in Damodar N. Gujarati, *Basic Econometrics* (McGraw Hill 3d ed. 1995).

[56] ISRG was a member of the Industry Index during the Class Period and it's also the same industry index that ISRG uses to compare itself against in its 10-K filings (*see, e.g.,* ISRG 10-K for the FYE December 31, 2013, p. 35, and ISRG 10-K for the FYE December 31, 2012, p. 41). ISRG's returns have been removed from the industry index. In addition, the Industry Index returns are calculated net of the S&P 500 Total Return Index.

[57] Another accepted method for determining the proper industry index is to identify specific companies that securities analysts mention as close competitors or "peers" of the subject firm. I investigated whether this approach was appropriate in this matter and found that analysts often referred to ISRG as "peerless," "uniquely positioned," or stated that there was "no other system on the market that is a direct competitor to the da Vinci." For example see, "Upgrading to Overweight - Despite Pressure on dVP, General Surgery and Other Opportunities Look Too Large to Ignore," *JP Morgan*, October 15, 2012; "Initiating with BUY Rating and $670 Fair Value," *Janney Capital*, January 17, 2013; "Initiating Coverage with OUTPERFORM Rating and $580 PT," *Wedbush Securities*, June 17, 2013. Nonetheless, as confirmation, I performed the event study regression with a number of alternative industry indices based upon companies that were either mentioned in analyst reports as being in the same general industry or companies mentioned by ISRG as actual or potential competitors. Use of these alternative indices did not add any explanatory power to the event study or change the results in any material respect.

[58] *See* A. Craig MacKinlay, *Event Studies in Economics and Finance*, 35 J. ECON. LITERATURE 13, 15 (1997). ("For example, in an event study using daily data and the market model, the market model parameters could be estimated over the 120 days prior to the event.").

[59] Phillip A. Braun et al., *Good News, Bad News, Volatility, and Betas*, 50 J. FIN. 1575 (1995).

the rolling regression model in this case in part because, as I will demonstrate later, volatility did not remain constant over the Class Period.

49.    The model indicates that, on average for the vast majority of the Class Period, there is a positive correlation between ISRG's Common Stock and the control variables. For instance, choosing a day in the Class Period purely as an example (March 6, 2013), and looking at the regression results based on the 120 days prior to that day, the estimated coefficient for the S&P 500 is 1.21, which means that a 1% rise in the S&P 500 predicts a 1.21% increase in ISRG's Common Stock return. The estimated coefficient for the Industry Index is 1.10, meaning that the expected return for ISRG's Common Stock is about a 1.10% increase for every 1% increase in the Industry Index over and above the return of the S&P 500. **Exhibit 5** plots the estimated coefficients for the rolling regression models for each day during the Class Period.

50.    Another important statistic from the regression is the Standard Deviation of the Errors, which measures the degree of imprecision in the predictions from the model. Put another way, this measure provides a metric for how much "randomness" remains in ISRG's stock price movement after controlling for the market indices. For instance, on the example date, March 6, 2013, the model predicted that absent any new firm-specific information, the price of ISRG's Common Stock would increase by 0.20% because the S&P 500 was up 0.14% and the Industry Index was up 0.04%. Because of the inherent randomness observed in stock price returns, we do not expect the model to predict returns exactly. In this example, we observe an actual return of -1.13%. Thus, the "abnormal return" for this day is -1.33% (the actual return of -1.13% minus the predicted return of 0.20%). We then rely on the Standard Deviation of the Errors from the regression model to tell us if this abnormal return of -1.33% is sufficiently large that we reject random movement as the explanation.

23

51.     A "t-statistic" measures the number of standard deviations between the actual observation and the prediction. For the example date, an abnormal return of -1.33% represents -0.84 standard deviations or a t-statistic of -0.84 (abnormal return of -1.33% divided by the Standard Deviation of the Errors of 1.59%). Using the standard assumption that, in the absence of new firm-specific news, abnormal returns will be normally distributed around zero, probability theory implies that based on randomness alone, using a 95% confidence level and large sample size, the abnormal return should have a t-statistic greater than 1.96 (or less than -1.96) 5% of the time.[60] Stating this point another way, we have 95% confidence that the actual return will fall within 1.96 standard deviations of the predicted return unless there is some non-random explanation. Since our example has a t-statistic of -0.84, we would say that the abnormal return is statistically insignificant at the 95% confidence level and we could not reject randomness as the cause with greater than 95% confidence. By contrast, if on a particular day we observe an abnormal return that has a t-statistic of a magnitude greater than 1.96 (statistically significant at the 95% confidence level) and we observe new firm-specific information, we reject randomness as the explanation with 95% confidence and infer that the new information is the cause of the stock price movement.

52.     **Exhibit 6** shows that the Standard Deviation of the Errors started to increase in the middle part of the Class Period and continued to increase, generally, for the remainder of the Class Period before tapering off at the end. By adopting the rolling regression model, my event study explicitly adjusts for the changing firm-specific volatility as depicted in the **Exhibit 6**.

---

[60] David I. Tabak & Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," Ch. 19, *Litigation Services Handbook, The Role of the Financial Expert* (3d ed. 2001). The financial economics literature often identifies the 90% threshold as a relevant boundary for significance as well.

53.     To analyze cause-and-effect, I examined the price response of ISRG's Common Stock to earnings announcements that occurred during the Class Period. Analyzing earnings is an objective selection criterion and there are many academic articles and financial treatises that explain theoretically and demonstrate empirically that release of company earnings announcements often (but not necessarily always) causes a significant change in investors' beliefs regarding the value of a security and is an objective way to analyze price movements.[61] Also, newly released earnings reports by the company are an objective set of news to identify and test. Choosing the first earnings report from the Class Period as an example (*i.e.* Q1 2012 results released after market hours on April 17, 2012), the Company reported better than expected earnings.[62] In response, the market price of ISRG's Common Stock increased 7.15%, compared to the predicted return of -0.14%. Thus, the abnormal return on April 18, 2012 was 7.29%. With a t-statistic of 7.96, this abnormal price movement is statistically significant, and I therefore have scientific evidence that ISRG's Common Stock reacted rapidly to this new information.

54.     Similar to this example, I analyzed the market reaction to ISRG's other earnings announcements throughout the Class Period. I found statistically significant stock price movements on a number of these days on which ISRG reported earnings. In total, of the seven

---

[61] *See, e.g.*, William H. Beaver, *The Information Content of Annual Earnings Announcements*, 6 J. ACCT. RES. 67 (1968); Robert G. May, "The Influence of Quarterly Earnings Announcements on Investor Decisions as Reflected in Common Stock Price Changes," *Journal of Accounting Research*, Vol. 9, Empirical Research in Accounting: Selected Studies 1971, pp. 119-163; Joseph Aharony & Itzhak Swary, *Quarterly Dividend and Earnings Announcements and Stockholders' Returns: An Empirical Analysis*, 35 J. FIN. 1 (1980).

[62] *See* "Lather, Rinse, Repeat - Intuitive Beats Again; Raising PT to $475," *Cantor Fitzgerald*, April 17, 2012; "Intuitive Beats on All Metrics; Raising Estimates and Price Target to $650," *JMP Securities*, April 18, 2012; "Another Big Beat; Gynecology Dominates, but Procedure Breadth Impressive and Durable," *William Blair*, April 18, 2012.

earnings announcements ISRG issued during the Class Period,[63] five resulted in statistically significant price movements at the 95% confidence level, and one additional announcement was statistically significant at the 90% confidence level.[64]

55.  **Exhibit 7** presents the details of the study results for each earnings announcement and **Exhibits 8A – 8G** depicts the intraday price movements for all of these announcement dates. **Exhibit 7** demonstrates that, using the 95% confidence level, there was a statistically significant change in ISRG's common stock price on five of the seven earnings announcement events (or 71%). On average, the stock price moved 7.31% on earnings announcement events after controlling for market and industry factors.

56.  Compare this result against the 42 days during the Class Period when a Factiva search identified the least amount of ISRG news, there was no ISRG analyst reports issued as identified by Investext, and no ISRG SEC filings.[65] Of these 42 days, there was only one statistically significant price movement. Thus, there was a statistically significant price reaction on 71% of earnings announcements, but when there is little ISRG news, I only observe a statistically significant reaction 2% of the time. Accordingly, I observed that on an objective set

---

[63] Note that one earnings announcement (i.e., Q2 2013) was a pre-announcement issued after market hours on July 8, 2013. This announcement as well as the final version announced after market hours on July 18, 2013 both yielded statistically significant negative days. The final version of the Q2 2013 earnings announcement met the pre-announcement numbers but ISRG also lowered its future earnings guidance. *See* "Second-Quarter Results in Line With Preannouncement, but Weak Guidance," *William Blair*, July 19, 2013; "Q2 as Preannounced; Guidance Reset Amid Uncertain Outlook; Lowering PT; Maintain Hold," *Canaccord Genuity*, July 19, 2013.

[64] The Q1 2013 earnings announcement was statistically significant at the 90% confidence level, but not the 95% confidence level. Whether a decline that meets the 90% confidence level is sufficient to consider the decline "significant" is a matter of judgment. The financial economics literature often identifies the 90% threshold as a relevant boundary for significance. *See* David I. Tabak & Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," Ch. 19, *Litigation Services Handbook, The Role of the Financial Expert* (3d ed. 2001).

[65] I identified the least amount of news via a Factiva search for "All Sources" with the text field "Intuitive Surgical" for the period February 6, 2012 – July 18, 2013. The Factiva search yielded 2,779 unique articles. Duplicate articles have been removed by a proprietary function accessible in Factiva's search builder. The number of days with the least amount of news is derived from days with zero or one published news article. Analyst reports, meanwhile, were obtained through Investext.

of days with new publicly disclosed ISRG-specific information, it was *30 times* more likely to observe a statistically significant change in the market price of ISRG stock.[66] This is powerful evidence of a cause-and-effect relationship between new publicly released information and changes in ISRG's stock price.

57.    Furthermore, on the 42 days with the least amount of news, the average change in stock price was 0.66% after controlling for market and industry factors, while on earnings announcements it was 7.31%. In other words, the average magnitude of stock price movement on earnings announcement days was over 10 times higher.[67] This provides further evidence of a cause-and-effect relationship.

58.    The bar charts below summarize this analysis while **Exhibit 9** gives more detail.



---

[66] This difference between 71% and 2% is itself statistically significant.

[67] This difference between 7.31% and 0.66% is itself statistically significant.



59.     The bar charts above establish a strong cause-and-effect relationship between new, unexpected news and rapid changes in ISRG's Common Stock. The earnings announcement days have a much greater percentage of significant price movements and statistically significantly larger price changes than those found on days with the least amount of news.

60.     In conclusion, the event study analysis presented in this section demonstrates a clear cause-and-effect relationship between new material news and changes in the market price of ISRG's Common Stock. This provides compelling evidence that the market for ISRG Common Stock was efficient.[68]

---

[68] For completeness, **Appendix C** provides the results of my event study model for each day during the Class Period.

### G.  ADDITIONAL FACTOR 1: MARKET CAPITALIZATION

61.    Thomas and Cotter find that firms with a larger market capitalization tend to have "larger institutional ownership and tend to be listed on the New York Stock Exchange with a greater analyst following."[69] Therefore, market capitalization is another quantifiable measure that is likely correlated with efficiency.

62.    ISRG Common Stock had higher market capitalization than the vast majority of NYSE and NASDAQ stocks during the Class Period, thus suggesting this factor is supportive of efficiency. During the Class Period, ISRG had between 39 million and 40 million shares outstanding.[70]

63.    Based on the market price, the market capitalization for ISRG Common Stock averaged $20.7 billion during the Class Period. **Exhibit 10** shows ISRG's market capitalization over the Class Period. **Exhibit 11** shows that during the Class Period, ISRG's Common Stock's market capitalization fell between the 94th and 95th percentile of the combined NYSE and NASDAQ markets for the applicable quarters during the Class Period.[71] In other words, over the Class Period, the Common Stock had a higher market capitalization than at least 94% of the firms on the combined NYSE and NASDAQ.

64.    Given that ISRG's Common Stock's market capitalization is consistently large relative to other publicly traded companies, this factor is supportive of market efficiency for ISRG Common Stock.

---

[69] Randall S. Thomas & James F. Cotter, *Measuring Securities Market Efficiency in the Regulatory Setting*, 63 LAW & CONTEMP. PROBS. 105, 117 (2000).

[70] Alacra On Demand 13-F data, Bloomberg and SEC filings. *See* **Exhibit 12**.

[71] Bloomberg terminal (equity search function).

## H.  ADDITIONAL FACTOR 2: THE BID-ASK SPREAD

65.    The bid-ask spread is an important indicator of the degree to which a market is developed. The bid-ask spread represents a measure of the cost to transact in a market. Narrow bid-ask spreads indicate less uncertainty regarding valuation and that reasonably sized trades will not substantially impact the market price. Wider bid-ask spreads indicate greater liquidity costs and less ability to trade without moving the market price. In addition, the wider the bid-ask spread, the more costly it is to arbitrage away small inefficiencies. Thus, the narrower the bid-ask spread, the greater the indication of an efficient market. Courts have found that the bid-ask spread is a useful factor in analyzing market efficiency and have found a bid-ask spread as high as 2.44% supported a finding of efficiency.[72]

66.    I analyzed bid-ask spreads for ISRG Common Stock during the Class Period. During this period, the time-weighted bid-ask spread for ISRG Common Stock in each month ranged from 0.04% and 0.02%.[73] When compared against a random sample of 100 other common stocks on the NYSE and NASDAQ in November 2012 for instance, ISRG Common stock had the 6th lowest bid-ask spread, meaning 94% had higher quoted spreads and thus greater expected trading costs.[74] The median time-weighted average bid-ask spread for a randomly selected group of 100 other NYSE and NASDAQ common stocks was 0.21% in November

---

[72] *Nguyen v. Radient Pharm. Corp.*, 287 F.R.D. 563, 574 (C.D. Cal. 2012).

[73] I calculated a time-weighted average bid-ask spread for ISRG Common Stock for each month from February 2012 to July 2013 using data received from TICK database. *See* www.tickdata.com. February 2012 and July 2013 data are limited to the Class Period.

[74] Quote data for ISRG and other publicly traded stocks were obtained from TICK Data. *See* www.tickdata.com.

2012, versus the 0.04% for ISRG.[75] Accordingly, this analysis further supports a conclusion of market efficiency.

## I.   ADDITIONAL FACTOR 3: INSTITUTIONAL OWNERSHIP

67.   Institutional investors are considered to be sophisticated and well-informed with access to most publicly available information for the stocks that they own. These investors include mutual funds, pension funds, investment banks and other types of large financial institutions that have substantial resources to analyze the securities they purchase for their portfolios. Most institutions holding securities with an aggregate fair market value of at least $100 million are required to report their equity holdings on a quarterly basis on SEC Form 13F.[76] As **Exhibit 12** shows, these large institutions reported owning a majority of all ISRG Common Stock during the Class Period. For the quarters spanning the Class Period, institutions held, on average, 87% of the public float.[77] This high level of institutional ownership of ISRG Common Stock during the Class Period further supports a conclusion of market efficiency.[78]

## J.   ADDITIONAL FACTOR 4: AUTOCORRELATION

68.   If previous price movements of a security have the ability to predict future price movements of the security, then it is said to be "autocorrelated." Autocorrelation may occur from

---

[75] The average bid-ask spread was calculated by taking a time-weighted average of the spread during trading hours on the primary exchange of each security. Spread is calculated as the difference between the bid price and ask price divided by the midpoint of the bid-ask spread. I calculated the National Best Bid and Offer using the data filtering procedures described in Roger D. Huang & Hans R. Stoll, *Dealer versus auction markets: A paired comparison of execution costs on NASDAQ and the NYSE*, 41 J. Fin. Econ. 313 (1996).

[76] *See* http://www.sec.gov/about/forms/form13f.pdf.

[77] The average percentage of the public float held by institutions during the Class Period was calculated as the arithmetic mean of the Institutional Holdings Percentage of Public Float at the end of each quarter in the Class Period, i.e. Q1 2012 through Q3 2013. *See* **Exhibit 12**. The average daily dollar value of the public float during the Class Period was $21.4 billion. The public float is calculated as follows: Public Float = Current Shares Outstanding + Short Interest − Insider Holdings.

[78] In *Lehocky v. Tidel Technologies Inc.* 220 F.R.D. 491 (S.D. Tex. 2004) the court considered institutional ownership in determining whether the market for Tidel Technologies Common Stock was efficient.

time to time for random reasons or due to the pattern of firm-specific news. Autocorrelation can

be relevant to efficiency when the autocorrelation is persistent and sufficiently large that a trader

could profit from taking advantage of the autocorrelation. When persistent and large

autocorrelation exists meaning that past price movements are not fully reflected in the current

price, which would suggest market inefficiency. Efficiency would only be violated, however, if

the autocorrelation were large enough and persistent enough that a trader could consistently earn

riskless profits over time.[79]

69.    A well-accepted methodology to test for the existence of autocorrelation is to run a

regression analysis that tests whether, on average, the abnormal return from the previous day has

a statistically significant effect on the abnormal return today.[80] If the previous day's abnormal

return has no statistically significant predictive power, then there is no evidence of

autocorrelation.

70.    **Exhibit 13** displays the autocorrelation coefficient for ISRG Common Stock using

the abnormal returns from the event study described above. The coefficient for the Class Period

is not statistically significant, meaning there is no evidence of autocorrelation. This result is

inconsistent with the notion that an investor could consistently predict abnormal movements and

earn arbitrage profits. Therefore, this factor also supports the conclusion that ISRG Common

Stock traded in an efficient market throughout the Class Period.

### K.  ADDITIONAL FACTOR 5: OPTIONS

71.    In addition to the factors analyzed above, there was also considerable option trading

in ISRG during the Class Period. For instance, according to Bloomberg there were 837 thousand

---

[79] Doron Avramov et al., Liquidity and Autocorrelations in Individual Stock Returns, 61 J. FIN. 2365, 2367-68
(2006); Michael C. Jensen, Some Anomalous Evidence Regarding Market Efficiency, 6 J. FIN. ECON. 95 (1978).

[80] William H. Greene, *Econometric Analysis*, Ch. 19, at 644 (Prentice Hall 6th ed. 2008).

ISRG Common Stock put contracts and 848 thousand ISRG Common Stock call contracts that traded during the Class Period.[81] To offer some context, consider that each option contract is for 100 shares. As such, that means in total there were 168,500,000 options ((848,000 + 837,000) *100). Contrasting this against ISRG's roughly 40,000,000 million shares outstanding over the Class Period would indicate that the option activity was roughly four times greater than the shares outstanding. In addition, academic articles have demonstrated that "options written on existing assets can improve efficiency by permitting an expansion of the contingencies that are covered by the market."[82] Empirical analysis has shown that option listings are associated with a decrease in bid-ask spread and increase in quoted depth, trading volume, trading frequency, and transaction size – an overall improvement of the market quality of the underlying stocks.[83] Therefore, this factor also supports the conclusion that ISRG Common Stock traded in an efficient market throughout the Class Period.

## VIII. DAMAGES

72.   Although I have not been asked to calculate class-wide damages in this action, which I understand will be subject to further discovery and expert analysis, it is clear that damages in this matter can be calculated using a methodology common to the class. Indeed, the standard and well-settled formula for assessing damages for each class member under Section 10(b) is the "out-of-pocket" method which measures damages as the artificial inflation per share at the time of purchase less the artificial inflation at the time of sale (or, if the share is not sold before full revelation of the fraud, the artificial inflation at the time of purchase, subject to the

---

[81] Options data obtained from Bloomberg terminal.

[82] Stephen A. Ross, *Options and Efficiency*, 90 Q. J. ECON. 75, 75 (1976).

[83] Raman Kumar et al., The Impact of Options Trading on the Market Quality of the Underlying Security: An Empirical Analysis, 53 J. FIN. 717 (1998).

PSLRA's "90-day lookback" provision, a formulaic limit on damages that also can be applied class-wide).[84]

73.    The methodology and evidence for establishing the artificial inflation per share in the market price on each day during the Class Period is also common to the class and can be measured class-wide. In particular, as is standard procedure in Section 10(b) cases, the most common methodology to quantify artificial inflation is to perform an event study that measures price reactions to disclosures that revealed the relevant truth concealed by the alleged material omissions and/or misrepresentations. This analysis, and the evidence supporting it, would be common to the class. Damages for any individual class member could then be calculated formulaically based upon information collected in the claims process (i.e., the investor's purchase and sale history for the security, which is routinely available from brokerage statements and/or other documents that provide evidence of securities transactions). Accordingly, although I have not been asked to calculate class-wide damages, based on my expertise and experience in dozens of similar matters, and understanding the nature of the claims in this case, I conclude that damages in this action are subject to a well-settled, common methodology that can be applied to the class as a whole.

## IX.   CONCLUSION

74.    In sum, every factor I analyzed herein supports my opinion that ISRG's Common Stock traded in an efficient market. Furthermore, class-wide damages in this matter can be calculated using a common methodology.

---

[84] Specifically, the PSLRA states: "…in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market." *See* Private Securities Litigation Reform Act of 1995, 109 STAT. 737, 748-49.

75.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 1, 2015.

Chad Coffman

**Exhibit 1**

**Summary of Efficiency Factors for Intuitive Surgical (ISRG)**

| Factor | Summary of Factor | Intuitive Surgical |
|---|---|---|
| Average Weekly Trading Volume Cammer I | "Turnover measured by average weekly trading of 2% or more of the outstanding shares would justify a strong presumption that the market for a security is an efficient one; 1% would justify a substantial presumption." | • The average weekly trading volume of 4.81%, as a percentage of shares outstanding, well exceeds the standard of 2% that Cammer has suggested would justify a strong presumption of an efficient market (Note: 375 thousand shares traded daily on average during the Class Period). |
| Analyst Coverage Cammer II | "…it would be persuasive to allege a significant number of securities analysts followed and reported on a company's stock during the class period. The existence of such analysts would imply, for example, the [auditor] reports were closely reviewed by investment professionals, who would in turn make buy/sell recommendations to client investors." | • During the Class Period at least 18 securities analysts issued 190 analyst reports, which implies that important information relevant to trading ISRG's common stock was widely communicated to the market. |
| Market Makers Cammer III | "For over the counter markets without volume reporting, the number of market makers is probably the best single criterion. Ten market makers for a security would justify a substantial presumption that the market for the security is an efficient one; five market makers would justify a more modest presumption." | •Because ISRG's shares were exchange-traded on the NASDAQ, this factor is satisfied. During the Class Period, there were 122 market makers for ISRG's Common Stock. |
| SEC Form S-3 Eligibility Cammer IV | "It would be helpful to allege the Company was entitled to file an S-3 Registration Statement in connection with public offerings or, if ineligible, such ineligibility was only because of timing factors rather than because the minimum stock requirements set forth in the instructions to Form S-3 were not met. Again, it is the number of shares traded and value of shares outstanding that involve the facts which imply efficiency." | • ISRG met the important eligibility criteria for SEC Form S-3 and was apparently S-3 eligible during the Class Period. Historically, they filed Forms S-3 on 11/04/2003, 09/11/2003, and 07/16/2001; therefore, this factor is satisfied. |
| Price Reaction to New Information Cammer V | "…one of the most convincing ways to demonstrate [market] efficiency would be to illustrate, over time, a cause and effect relationship between company disclosures and resulting movements in stock price." | • The event study demonstrates a clear cause and effect relationship. A statistical test shows a significant contemporaneous relationship between new firm-specific news and significant changes in the market price of ISRG's Common Stock. |
| Market Capitalization | Firms with a larger market capitalization tend to have "larger institutional ownership and tend to be listed on the New York Stock Exchange with a greater analyst following." | • As of 12/31/2012, ISRG's market capitalization was $19.5B, which is at or above the 94th percentile of NYSE and NASDAQ stocks. ISRG's Common Stock therefore easily meets this criteria. |
| Bid-Ask Spread | The bid-ask spread represents a measure of the cost to transact in a market.  Narrow bid-ask spreads indicate less uncertainty regarding valuation and that reasonably sized trades will not substantially impact the market price.  Wider bid-ask spreads indicate greater liquidity costs and less ability to trade without moving the market price. | • Based on a random sample of 100 stocks that traded on the NYSE and NASDAQ, ISRG's Common Stock had the 4th smallest bid-ask spread. This supports a finding of efficiency. |
| Institutional Holdings | Institutional investors are considered to be sophisticated, well-informed investors with access to most publicly available information for the stocks that they own. | • Institutions held at least 83% of the public float, which further supports the finding that ISRG's Common Stock traded in an efficient market (Note: Institutions held a max of 89% of the public float and an average of 87% of the public float during the Class Period). |
| Autocorrelation | If autocorrelation is persistent and sufficiently large that a trader could profit from taking advantage of the autocorrelation, it suggests market inefficiency because past price movements are not fully reflected in the current price. | • The coefficient for the Class Period is not statistically significant, meaning there is no evidence of autocorrelation. This result is inconsistent with the notion that an investor could consistently predict abnormal movements and earn arbitrage profits. |
| Options | Empirical analysis has shown that option listings are associated with a decrease in bid-ask spread and increase in quoted depth, trading volume, trading frequency, and transaction size – an overall improvement of the market quality of the underlying stocks | • There were 837 thousand ISRG Common Stock put contracts and 848 thousand ISRG Common Stock call contracts that traded during the Class Period. ISRG's Common Stock therefore easily meets this criteria. |



**Exhibit 2**
**Intuitive Surgical Common Stock Price & Volume**
**02/06/2012 - 10/31/2013**

Sources: Complaint & Bloomberg.

**Exhibit 3**
**Intuitive Surgical's Average Weekly Trading Volume as a Percentage of Shares Outstanding**
**02/06/2012 - 07/12/2013 ***



Source: Bloomberg
* Note: Average weekly turnover is calculated by analyzing each five consecutive trading days (rather than calendar weeks) starting with the first day of the Class Period on February 6, 2012 through July 12, 2013. The last week of the Class Period was not a full week of trading and those days (i.e. July 15, 2013 - July 18, 2013) were thus excluded.

# Exhibit 4
# Summary of Securities Analyst Reports Issued for Intuitive Surgical During the Class Period

| Analyst Name | Reports Issued: [1] During the Class Period (02/06/2012 - 07/18/2013) |
|---|---|
| [1]  BARRINGTON RESEARCH ASSOCIATES INC | 6 |
| [2]  CANACCORD GENUITY | 15 |
| [3]  CANTOR FITZGERALD AND COMPANY | 14 |
| [4]  DOUGHERTY & CO., LLC | 5 |
| [5]  JANNEY MONTGOMERY SCOTT LLC | 24 |
| [6]  JMP SECURITIES LLC | 15 |
| [7]  JPMORGAN | 21 |
| [8]  LADENBURG, THALMANN & CO. INC. | 1 |
| [9]  LEERINK PARTNERS LLC | 11 |
| [10]  MORGAN STANLEY | 14 |
| [11]  PIPER JAFFRAY | 1 |
| [12]  S&P CAPITAL IQ | 11 |
| [13]  SUMMER STREET RESEARCH | 1 |
| [14]  SUNTRUST ROBINSON HUMPHREY CAPITAL MARKETS | 14 |
| [15]  THINKEQUITY LLC | 7 |
| [16]  TREFIS | 7 |
| [17]  WEDBUSH SECURITIES INC | 3 |
| [18]  WILLIAM BLAIR & COMPANY | 20 |
| **Total** | **190** |

Source: Investext.
Note:
(1) This almost certainly understates the total amount of analyst coverage since many analyst reports are not available through third party data providers like Investext.

**Exhibit 5**
**Coefficients from Rolling Event Study Regression for Intuitive Surgical**
**02/06/2012 - 10/31/2013**



Note: The coefficients for each day are based upon a regression model over the previous 120 trading days that controls for a broad market index (S&P 500 Total Return Index) and an Industry Index. The Industry Index is the S&P Healthcare Index (Intuitive Surgical is removed from the Industry Index and the Industry Index is computed as net of the S&P 500). Alleged corrective disclosure events and earnings announcements have been removed from estimation.

**Exhibit 6**
**Standard Deviation of the Errors for Rolling Event Study Regression of Intuitive Surgical**
**02/06/2012 - 10/31/2013**



Note: The Standard Deviation of the Errors for each day is based upon a regression model over the previous 120 trading days that controls for a broad market index (S&P 500 Total Return Index) and an Industry Index. The Industry Index is the S&P Healthcare Index (Intuitive Surgical is removed from the Industry Index and the Industry Index is computed as net of the S&P 500). Alleged corrective disclosure events and earnings announcements have been removed from estimation. The Standard Deviation of the Errors stands for the square root of the mean/average of the square of the residuals (observed value - expected value) and represents the variation in the returns of Intuitive Surgical not attributable to the S&P 500  or the S&P Healthcare Index.

**Exhibit 7**
**Event Study Analysis of Intuitive Surgical's Earnings Dates**

| | -- Negative Statistical Significance at the 95% Confidence Level | ++ Positive Statistical Significance at the 95% Confidence Level | ** Statistically Significant at the 90% Confidence Level |
|---|---|---|---|

| | | | | | | | | | Rolling Regression Model (120-day window) [1] | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | Date | Time | Market Date | Event | Headline | ISRG Closing Price | ISRG Adjusted Return | Abnormal Return | Abnormal Dollar Change | T-Stat | P-Value | Sig Level [2], [3] |
| 1 | 4/17/2012 | 4:05 PM | 4/18/2012 | Q1 2012 Earnings Release | Intuitive Surgical Announces First Quarter Earnings (Globe Newswire, 4/17/2012, 4:05 PM) | $584.52 | 7.15% | 7.29% | $39.76 | 7.96 | 0.00 | ++ |
| 2 | 7/19/2012 | 4:05 PM | 7/20/2012 | Q2 2012 Earnings Release | Intuitive Surgical Announces Second Quarter Earnings (Globe Newswire, 7/19/2012, 4:05 PM) | $498.50 | -8.40% | -7.12% | -$38.77 | -7.31 | 0.00 | -- |
| 3 | 10/16/2012 | 4:05 PM | 10/17/2012 | Q3 2012 Earnings Release[4] | Intuitive Surgical Announces Third Quarter Earnings (Globe Newswire, 10/16/2012, 4:05 PM) | $532.41 | -0.14% | -0.33% | -$1.74 | -0.30 | 0.76 | |
| 4 | 1/22/2013 | 4:05 PM | 1/23/2013 | Q4 2012 Earnings Release | Intuitive Surgical Announces Fourth Quarter Earnings (Globe Newswire, 1/22/2013, 4:05 PM) | $567.06 | 9.37% | 9.65% | $50.03 | 7.29 | 0.00 | ++ |
| 5 | 4/18/2013 | 4:05 PM | 4/19/2013 | Q1 2013 Earnings Release[5] | Intuitive Surgical Announces First Quarter Earnings (Globe Newswire, 4/18/2013, 4:05 PM) | $484.75 | -1.75% | -3.15% | -$15.55 | -1.78 | 0.08 | ** |
| 6 | 7/8/2013 | 5:10 PM | 7/9/2013 | Preliminary Q2 2013 Earnings Release | Intuitive Surgical Announces Preliminary Second Quarter 2013 Results (Globe Newswire, 7/8/2013, 5:10 PM) | $419.30 | -16.15% | -16.63% | -$83.15 | -9.30 | 0.00 | -- |
| 7 | 7/18/2013 | 4:05 PM | 7/19/2013 | Q2 2013 Earnings Release | Intuitive Surgical Announces Second Quarter Earnings (Globe Newswire, 7/18/2013, 4:05 PM) | $392.67 | -6.83% | -7.04% | -$29.66 | -4.03 | 0.00 | -- |

Source: Bloomberg.

Notes:

(1) The results are based upon a regression model over the previous 120 trading days that controls for a broad market index (S&P 500 Total Return Index) and an Industry Index. The Industry Index is the S&P Healthcare Index (Intuitive Surgical is removed from the Industry Index and the Industry Index is also computed as net of the S&P 500). Alleged corrective disclosure events and earnings announcements have been removed from estimation.

(2) A t-Stat greater than 1.96 or less than -1.96 is significant at the 95% confidence level.  A t-Stat greater than 1.645 or less than -1.645 is significant at the 90% confidence level.

(3) News regarding Q1 2013 financial results yielded statistically significant results at the 90% confidence level.

(4) The insignificant price movement following Intuitive Surgical's Q3 2012 earnings release was due to mixed results. Earnings beat expectations but were offset by slower than expected procedure growth for the year and quarter.

(5) The price movement is statistically significant at the 90% confidence level. Intuitive Surgical's Q1 2013 earnings beat expectations, but it reported slower than expected growth in surgical procedures amid concerns regarding the safety of the da Vinci following the FDA probe.

**Exhibit 8A**
**Intuitive Surgical Intraday Price and Volume**
**04/18/2012**



| Return | Abn. Return | T-Stat |
|--------|-------------|--------|
| 7.15%  | 7.29%       | 7.96   |

9:30 am - $573.66
**NASDAQ Open**

4:00 pm - $584.52
**NASDAQ Close**

4/17/2012
4:00 pm - $545.53
**NASDAQ Close**

4:05 pm
ISRG reports 1st
quarter earnings

Source: TICK Data.

**Exhibit 8B**
**Intuitive Surgical Intraday Price and Volume**
**07/20/2012**



| Return | Abn. Return | T-Stat |
|--------|-------------|--------|
| -8.40% | -7.12% | -7.31 |

7/19/2012
4:00 pm - $544.21
**NASDAQ Close**

7/19/2012
4:05 pm
ISRG reports 2nd
quarter earnings

7/20/2012
9:30 am - $515.62
**NASDAQ Open**

7/20/2012
4:00 pm - $498.50
**NASDAQ Close**

Source: TICK Data.

**Exhibit 8C**
**Intuitive Surgical Intraday Price and Volume**
**10/17/2012**



| Return | Abn. Return | T-Stat |
|--------|-------------|--------|
| -0.14% | -0.33% | -0.30 |

10/16/2012
4:00 pm - $533.13
**NASDAQ Close**

4:05 pm
ISRG reports 3rd
quarter earnings

During early trading, the price fell
initially, reacting to the Q3 earnings
reports, but rose as investors and
analysts indicated "things weren't
so bad" and "greater-than-expected
system sales likely represented a
sustainable trend".

10/17/2012
4:00 pm - $532.41
**NASDAQ Close**

10/17/2012
9:30 am - $512.89
**NASDAQ Open**

Source: TICK Data.



**Exhibit 8D**
**Intuitive Surgical Intraday Price and Volume**
**01/23/2012**

| Return | Abn. Return | T-Stat |
|--------|-------------|--------|
| 9.37% | 9.65% | 7.29 |

1/23/2012
9:30 am - $565.75
**NASDAQ Open**

1/23/2013
4:00 pm - $567.06
**NASDAQ Close**

1/22/2013
4:00 pm - $518.49
**NASDAQ Close**

4:05 pm
ISRG reports 4th
quarter earnings

Source: TICK Data.



**Exhibit 8E**
**Intuitive Surgical Intraday Price and Volume**
**04/19/2013**

| Return | Abn. Return | T-Stat |
|--------|-------------|--------|
| -1.75% | -3.15% | -1.78 |

4/18/2013
4:00 pm - $493.37
**NASDAQ Close**

4:05 pm
ISRG reports 1st
quarter earnings

4/19/2012
9:30 am - $470.32
**NASDAQ Open**

4/19/2013
4:00 pm - $484.75
**NASDAQ Close**

Source: TICK Data.



**Exhibit 8F**
**Intuitive Surgical Intraday Price and Volume**
**07/09/2013**

| Return | Abn. Return | T-Stat |
|--------|-------------|--------|
| -16.15% | -16.63% | -9.30 |

7/08/2013
4:00 pm - $500.08
**NASDAQ Close**

5:10 pm
ISRG reports Preliminary
2nd quarter earnings

7/09/2013
9:30 am - $428.12
**NASDAQ Open**

7/09/2013
4:00 pm - $419.30
**NASDAQ Close**

Source: TICK Data.

**Exhibit 8G**
**Intuitive Surgical Intraday Price and Volume**
**07/19/2013**



| Return | Abn. Return | T-Stat |
|--------|-------------|--------|
| -6.83% | -7.04% | -4.03 |

7/18/2013
4:00 pm - $421.47
**NASDAQ Close**

4:05 pm
ISRG reports 2nd
quarter earnings

7/19/2013
4:00 pm - $392.67
**NASDAQ Close**

7/19/2013
9:30 am - $365.52
**NASDAQ Open**

Source: TICK Data.

**Exhibit 9**
**Intuitive Surgical**
**Comparison of Abnormal Returns on Earnings Announcement
Dates vs. Days with the Least Amount of News**

| Statistic | Earnings Announcement Dates | Days with Least Amount of News, No Analyst Reports, and No SEC Filing Dates |
|---|---|---|
| N | 7 | 42 [1] |
| Significant Days at 95% Confidence Level | 5 | 1 |
| % Significant Days at 95% Confidence Level | 71.43% [2] | 2.38% [3] |
| Significant Days at 90% Confidence Level | 6 | 2 |
| % Significant Days at 90% Confidence Level | 85.71% [4] | 4.76% [5] |
| Average Absolute Abnormal Return | 7.31% [6] | 0.66% |

Note:

(1) For the purposes of this analysis, I selected the 42 days with no analyst reports, no SEC filing dates, and the least amount of news.

(2) 71.43% rate of statistical significance is statistically significantly higher than 2.38% on the basis of either a Chi-Square test or Fisher's Exact Test at the 95% confidence level.

(3) One would expect to observe 5% based on random chance alone. 2.38% is not significantly different from 5% based on results of a t-test at the 95% confidence level.

(4) 85.71% rate of statistical significance is statistically significantly higher than 4.76% on the basis of either a Chi-Square test or Fisher's Exact Test at the 95% confidence level.

(5) One would expect to observe 5% based on random chance alone. 4.76% is not significantly different from 5% based on results of a t-test at the 95% confidence level.

(6) 7.31% absolute return is significantly higher than 0.66% based on a t-test for difference of means at the 95% confidence level.

**Exhibit 10**
**Intuitive Surgical Common Stock Market Capitalization**
**2/06/2012 - 10/31/2013**



Sources: Complaint & Bloomberg.

**Exhibit 11**
**Intuitive Surgical**
**Common Stock Market Capitalization**
**Compared to Companies Traded on NYSE & NASDAQ**

| Last trading day of: | ISRG Market Capitalization (millions) | All Shares Outstanding | |
|---|---|---|---|
| | | Percentile Rank in NASDAQ | Percentile Rank in NYSE & NASDAQ |
| Q1 - 2012 | $21,467 | 99% | 95% |
| Q2 - 2012 | $21,987 | 99% | 95% |
| Q3 - 2012 | $19,793 | 99% | 94% |
| Q4 - 2012 | $19,499 | 99% | 94% |
| Q1 - 2013 | $19,837 | 99% | 94% |
| Q2 - 2013 | $20,327 | 99% | 94% |

Source: Bloomberg.

**Exhibit 12**
# Common Stock Shares Outstanding, Insider Holdings, and Institutional Holdings for Intuitive Surgical

| Date | Shares Outstanding (in 000s) | Insider Holdings (in 000s) | Short Interest (in 000s) | Public Float: Shares Outstanding Plus Short Interest Minus Insiders (in 000s) | Insider Holdings % of Shares Outstanding | Total Institutional Holdings (in 000s) | Institutional Holdings % of Shares Outstanding | Institutional Holdings % of Public Float |
|---|---|---|---|---|---|---|---|---|
| | [1] | [2] | [3] | [4] = [1] + [3] - [2] | [5] = [2] / [1] | [6] | [7] = [6] / [1] | [8] = [6] / [4] |
| 3/31/2012 | 39,625 | 456 | 966 | 40,135 | 1.15% | 35,032 | 88.41% | 87.29% |
| 6/30/2012 | 39,702 | 456 | 1,353 | 40,599 | 1.15% | 35,313 | 88.94% | 86.98% |
| 9/30/2012 | 39,934 | 456 | 2,076 | 41,554 | 1.14% | 35,841 | 89.75% | 86.25% |
| 12/31/2012 | 39,763 | 422 | 2,678 | 42,019 | 1.06% | 37,680 | 94.76% | 89.67% |
| 3/31/2013 | 40,385 | 422 | 2,494 | 42,458 | 1.04% | 37,459 | 92.75% | 88.23% |
| 6/30/2013 | 40,161 | 422 | 2,015 | 41,754 | 1.05% | 36,877 | 91.82% | 88.32% |
| 9/30/2013 | 39,710 | 421 | 1,963 | 41,252 | 1.06% | 34,466 | 86.79% | 83.55% |
| | | | | | Average: | | 90.46% | 87.18% |

Sources: Alacra On Demand; Bloomberg; and SEC filings.

**Exhibit 13**
**Intuitive Surgical**
**Common Stock Autocorrelation During the Class Period**

| Quarter | Coefficient on Previous Day Abnormal Return [1] | T-statistic |
|---|---|---|
| 2012Q1 | 0.15 | 0.93 |
| 2012Q2 | -0.11 | -0.89 |
| 2012Q3 | 0.06 | 0.49 |
| 2012Q4 | 0.15 | 1.12 |
| 2013Q1 | -0.29 | -2.59 |
| 2013Q2 | -0.01 | -0.09 |
| 2013Q3 | -0.30 | -0.99 |
| **Class Period** | **-0.07** | **-1.28** |

Note:

(1) Based on a regression of ISRG's abnormal return against the abnormal return on the prior day. Earnings dates, corrective disclosure dates, and the day following an earnings date or corrective disclosure date have been removed from estimation.

# Appendix A
# Documents Considered

## Court Documents

- Amended Class Action Complaint In Re Intuitive Surgical Securities Litigation, dated October 15, 2013.

## Court Decisions and Securities Law

- *Affiliated Ute Citizens of Utah et al. v. United States et al.*, 406 U.S. 128 (1972).
- *Basic v. Levinson*, 485 U.S. 224 (1988).
- Bromberg & Lowenfels, Securities Fraud and Commodities Fraud, § 8.6 (Aug. 1988).
- *Cammer v. Bloom*, 711 F. Supp. (D.N.J. 1989).
- Private Securities Litigation Reform Act dated December 22, 1995, 109 STAT.
- *Lehocky v. Tidel Technologies Inc.* 220 F.R.D. 491 (S.D. Tex. 2004)
- *Vinh Nguyen v. Radient Pharm. Corp.*, 287 F.R.D. 563, 574 (C.D. Cal. 2012).
- *Halliburton v. Erica P. John Fund, Inc.*, 573 U.S., 134 S. Ct. 2398 (2014).

## SEC Filings/Forms

- 10-K Annual filings submitted to the SEC during the Class Period:
  - Intuitive Surgical 10-K form for fiscal year 2012, filed February 4, 2013.
  - Intuitive Surgical 10-K form for fiscal year 2013, filed February 3, 2014.
- 10-Q Quarterly filings submitted to the SEC during the Class Period.
- 8-K Current reports submitted to the SEC during the Class Period.
- Def 14A Proxy reports submitted to the SEC during the Class Period.

## Security Data

- Historical data for Intuitive Surgical Common Stock, for Intuitive Surgical stock options, for the S&P 500 Total Return Index, and for the S&P 500 Healthcare Index were obtained from Bloomberg.
- Trade and quote data for Intuitive Surgical during the Class Period, and one hundred random companies trading on the New York Stock Exchange and NASDAQ for November 2012 were obtained from Tick Data, *see* www.tickdata.com.
- Institutional holdings data were obtained from Alacra On Demand
- Turnover velocity data for NYSE from the World Federation of Exchanges, *see* http://www.world-exchanges.org/statistics.

- The number of market makers during the Class Period for Intuitive Surgical Common Stock was obtained from Bloomberg.

**Intuitive Surgical News**

- Intuitive Surgical news headlines and select articles downloaded from Factiva for the Class Period.
  - News was obtained by executing a search via Factiva for "All Sources" with the text field "Intuitive Surgical" for the period "February 6, 2012 - July 18, 2013." The Factiva search yielded 2,779 unique articles. Duplicate articles have been removed by a proprietary function accessible in Factiva's search builder.

**Intuitive Surgical Analyst Reports**

- Intuitive Surgical analyst reports supplied by Investext via Thomson Reuters for the period January 1, 2012 through December 31, 2013.
- Analyst reports including, but not limited to:
  - "Lather, Rinse, Repeat - Intuitive Beats Again; Raising PT to $475," *Cantor Fitzgerald*, April 17, 2012.
  - "Another Big Beat; Gynecology Dominates, but Procedure Breadth Impressive and Durable," *William Blair*, April 18, 2012.
  - "Intuitive Beats on All Metrics; Raising Estimates and Price Target to $650," JMP Securities, April 18, 2012.
  - "Upgrading to Overweight - Despite Pressure on dVP, General Surgery and Other Opportunities Look Too Large to Ignore," *JP Morgan*, October 15, 2012.
  - "Initiating with BUY Rating and $670 Fair Value," *Janney Capital*, January 17, 2013.
  - "Initiating Coverage with OUTPERFORM Rating and $580 PT," Wedbush *Securities*, June 17, 2013.
  - "Second-Quarter Results in Line with Preannouncement, but Weak Guidance," *William Blair*, July 19, 2013.
  - "Q2 as Preannounced; Guidance Reset Amid Uncertain Outlook; Lowering PT; Maintain Hold," *Canaccord Genuity*, July 19, 2013.

**Academic Articles/Texts**

- Joseph Aharony and Itzhak Swary, "Quarterly Dividend and Earnings Announcements and Stockholders' Returns: An Empirical Analysis," *The Journal of Finance*, Vol. 35, No. 1, March 1980.
- Yakov Amihud, Haim Mendelson and Lasse Heje Pedersen, 2006, "Liquidity and Asset Prices," *Foundations and Trends in Finance* Vol. 1(4).

- Doron Avramov, Tarun Chorida, and Amit Goyal, "Liquidity and Autocorrelations in Individual Stock Returns," *The Journal of Finance,* Vol. LXI, No. 5, 2006.
- Brad M.  Barber, Paul A.  Griffin and Baruch Lev, "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency, *The Journal of Corporation Law*, Winter 1994, 19 Iowa J. Corp. L. 285.
- William H. Beaver "The Information Content of Annual Earnings Announcements," *Empirical Research in Accounting: Selected Studies, 1968,* supplement to the *Journal of Accounting Research*, Vol. 6, 1968.
- John Binder, "The Event Study Methodology Since 1969," *Review of Quantitative Finance and Accounting* Vol. 11, 1998.
- Phillip A. Braun, Daniel B. Nelson, and Alain M. Sunier, "Good News, Bad News Volatility, and Betas," *Journal of Finance* 50, No. 5, 1995.
- Eugene Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance,* Vol. 25, 1970.
- William H. Greene, *Econometric Analysis*, Prentice Hall, Sixth Edition, 2008.
- Roger D. Huang and Hans R. Stall, "Dealer versus auction markets: A paired comparison of execution costs on NASDAQ and the NYSE," *Journal of Financial Economics* Vol. 41, 1996.
- Damodar N. Gujarati, Basic Econometrics, Third Edition, McGraw Hill, 1995.
- Michael S. Jensen, "Some Anomalous Evidence Regarding Market Efficiency," *Journal of Financial Economics*, Vol 6, Nos. 2/3, 1978.
- Raman Kumar, Atulya Sarin and Kuldeep Shastri, "The Impact of Options Trading on the Market Quality of the Underlying Security: An Empirical Analysis," *The Journal of Finance,* Vol. LIII, No. 2, April 1998.
- A. Craig MacKinlay, "Event Studies in Economics and Finance," *Journal of Economic Literature,* Vol. 35, No. 1, March 1997.
- Robert G. May, "The Influence of Quarterly Earnings Announcements on Investor Decisions as Reflected in Common Stock Price Changes," *Journal of Accounting Research*, Vol. 9, Empirical Research in Accounting: Selected Studies 1971 (1971).
- Stephen A. Ross, "Options and Efficiency," *The Quarterly Journal of Economics*, Vol. 90, February 1997.
- William F. Sharpe, Gordon J. Alexander, and Jeffery V. Bailey, *Investments*, Prentice Hall, Fifth Edition, 1995.
- David I. Tabak and Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," Ch. 19, *Litigation Services Handbook, The Role of the Financial Expert*, Third Edition, 2001.
- Randall S. Thomas and James F. Cotter, "Measuring Securities Market Efficiency in the Regulatory Setting." *Law and Contemporary Problems*, Vol. 63, 2000.

- Roman L. Weil, Daniel G. Lentz, and David P. Hoffman, *Litigation Services Handbook, The Role of the Financial Expert,* Fifth Edition, 2012.

**<u>Other</u>**
- https://listingcenter.nasdaqomx.com/assets/initialguide.pdf.
- http://www.nasdaq.com/includes/Anatomy_of_a_Trade_FactSheet.pdf
- http://www.nasdaqomx.com/transactions/trading/equities
- http://www.nasdaq.com/reference/market_mechanics.pdf
- http://www.rss-specifications.com/.
- http://www.rss-specifications.com/what-is-rss.htm.
- www.sec.gov/about/forms/forms-3.pdf
- http://www.sec.gov/about/forms/form13f.pdf
- http://www.sec.gov/answers/mktmaker.htm
- http://www.sec.gov/edgar/searchedgar/companysearch.html
- http://www.world-exchanges.org/files/statistics/pdf/Stats_definitions_2013.pdf

# Appendix B

## CHAD W. COFFMAN, MPP, CFA

Global Economics Group, LLC
140 South Dearborn Street, Suite 1000
Chicago, IL 60603
Office:          (312) 470-6500
Mobile:         (815) 382-0092
Email:          ccoffman@globaleconomicsgroup.com

## EMPLOYMENT:

### Global Economics Group, LLC
President (2008 - Current)

Global Economics Group specializes in the application of economics, finance, statistics, and valuation principles to questions that arise in a variety of contexts, including litigation and policy matters throughout the world. With offices in Chicago, Boston, and New York, Principals of Global Economics Group have extensive experience in high-profile securities, antitrust, labor, and intellectual property matters.

### Market Platform Dynamics, LLC
Chief Financial Officer & Chief Operating Officer (2010 – Current)

Market Platform Dynamics is a management consulting firm that specializes in assisting platform-based companies profit from industry disruption caused by the introduction of new technologies, new business models and/or new competitive threats.  MPD's experts include economists, econometricians, product development specialists, strategic marketers and recognized thought leaders who apply cutting-edge research to the practical problems of building and running a profitable business.

### Chicago Partners, LLC
Principal (2007 – 2008)
Vice President (2003 – 2007)
Director (2000 – 2003)
Senior Associate (1999 – 2000)
Associate (1997 – 1999)
Research Analyst (1995 – 1997)

## EDUCATION:

**CFA**      Chartered Financial Analyst, 2003

**M.P.P.**   University of Chicago, 1997
Masters of Public Policy, with a focus in economics including coursework in Finance, Labor Economics, Econometrics, and Regulation

**B.A.**     Knox College, 1995
Economics, Magna Cum Laude
Graduated with College Honors for Paper entitled "Increasing Efficiency in Water
Supply Pricing:  Using Galesburg, Illinois as a Case Study"
Dean's List Every Term
Phi Beta Kappa


PROFESSIONAL EXPERIENCE:

<u>Securities, Valuation, and Market Manipulation Cases:</u>

- Testifying Expert in numerous high-profile class action securities matters including, but not limited to:

  - o In Re: <u>Bank of America Corp. Securities, Derivative, and Employee Retirement Income Security Act (ERISA) Litigation</u>.  Parties settled for $2.4 billion in which I served as Plaintiffs' damages and loss causation expert.
  - o In Re: <u>Schering-Plough Corporation/ Enhance Securities Litigation</u>. Parties settled for $473 million in which I served as Plaintiffs' damages and loss causation expert.
  - o In Re: <u>REFCO Inc. Securities Litigation</u>. Parties settled for $367 million in which I served as Plaintiffs' damages and loss causation expert.
  - o In Re: <u>Computer Sciences Corporation Securities Litigation</u>. Parties settled for $98 million in which I served as Plaintiffs' damages and loss causation expert.
  - o Full list of testimonial experience is provided below

- Engaged several dozen times as a neutral expert by prominent mediators to evaluate economic analyses of other experts.

- Expert consultant for the American Stock Exchange (AMEX) where I evaluated issues related to multiple listing of options.  Performed econometric analysis of various measures of option spread using tens of millions of trades.

- Performed detailed audit of CDO valuation models employed by a banking institution to satisfy regulators – non-litigation matter.

- Played significant role in highly-publicized internal accounting investigations of two Fortune 500 companies.  One led to restatement of previously issued financial statements and both involved SEC investigations.

**Testimony:**

- Testifying expert in the matter of <u>Kuo, Steven Wu v. Xceedium Inc, Supreme Court of New York, County of New York, Index No. 06-100836</u>.  Filed report re: the fair value of Mr. Kuo's shares. Case settled at trial.

- Testifying expert in the matter of <u>Pallas, Dennis H. v. BPRS/Chestnut Venture Limited Partnership and Gerald Nudo, Circuit Court of Cook County, Illinois, County Department, Chancery Division</u>.

Filed report re: fair value of Pallas shares.  Report: July 9, 2008. Deposition August 6, 2008. Court Testimony February 11, 2009.

- Testifying expert in <u>Washington Mutual Securities Litigation, United States District Court, Western District of Washington, at Seattle, No. 2:08-md-1919 MJP, Lead Case No. C08-387 MJP</u>. Filed declaration August 5, 2008 re: plaintiffs' loss causation theory.  Filed expert report April 30, 2010.  Filed rebuttal expert report August 4, 2010.

- Testifying expert in <u>DVI Securities Litigation, Case No. 2:03-CV-05336-LDD, United States District Court for the Eastern District of Pennsylvania</u>. Filed expert report October 1, 2008 re: damages. Filed rebuttal expert report December 17, 2008. Deposition January 27, 2009. Filed rebuttal expert report June 24, 2013.

- Testifying expert in <u>Syratech Corporation v. Lifetime Brands, Inc. and Syratech Acquisition Corporation, Supreme Court of the State of New York, Index No. 603568/2007</u>. Filed expert report October 31, 2008.

- Expert declaration in <u>Jacksonville Police and Fire Pension Fund, et al. v. AIG, Inc., et al., No. 08-CV-4772-LTS; James Connolly, et al. v. AIG, Inc., et al., No. 08-CV-5072-LTS; Maine Public Employees Retirement System, et al. v. AIG, Inc., et al., No. 08-CV-5464-LTS; and Ontario Teachers' Pension Plan Board, et al. v. AIG, Inc., et al., No. 08-CV-5560-LTS, United States District Court, Southern District of New York</u>. Filed declaration February 18, 2009.

- Expert declaration in <u>Connetics Securities Litigation, Case No. C 07-02940 SI, United States District Court for the Northern District of California, San Francisco Division</u>. Filed expert report March 16, 2009.

- Testifying expert in <u>Boston Scientific Securities Litigation, Master File No. 1:05-cv-11934 (DPW), United States District Court District of Massachusetts</u>.  Filed expert report August 6, 2009. Deposition October 6, 2009.

- Expert declaration in <u>Louisiana Sheriffs' Pension and Relief Fund, et al. v. Merrill Lynch & Co, Inc., et al., Case Number 08-cv-09063, United States District Court, Southern District of New York</u>. Filed declaration re: Plan of Allocation October, 2009.

- Testifying expert in <u>Henry J. Wojtunik v. Joseph P. Kealy, John F. Kealy, Jerry A. Kleven, Richard J. Seminoff, John P. Stephen, C. James Jensen, John P. Morbeck, Terry W. Beiriger, and Anthony T. Baumann</u>. Filed expert report on January 25, 2010.

- Testifying expert in <u>REFCO Inc. Securities Litigation, Case No. 05 Civ. 8626 (GEL), United States District Court for the Southern District of New York</u>. Filed expert report February 2, 2010. Filed rebuttal expert report March 12, 2010. Deposition March 26, 2010.

- Expert declaration in <u>New Century Securities Litigation, Case No. 07-cv-00931-DDP, United States District Court Central District of California</u>. Filed declaration March 11, 2010.

- Testifying expert in <u>Louisiana Municipal Police Employees' Retirement System, et. al. v. Tilman J. Fertitta, Steven L. Scheinthal, Kenneth Brimmer, Michael S. Chadwick, Michael Richmond, Joe Max Taylor, Fertitta Holdings, Inc., Fertitta Acquisition Co., Richard Liem, Fertitta Group, Inc.</u>

and Fertitta Merger Co, C.A. No. 4339-VCL, Court of Chancery of the State of Delaware. Filed expert report April 23, 2010.

- Testifying expert in Edward E. Graham and William C. Nordlund, individually and d/b/a Silver King Capital Management v. Eton Park Capital Management, L.P., Eton Park Associates, L.P. and Eton Park Fund, L.P. Case No. 1:07-CV-8375-GBD, Circuit Court of Shelby County, Alabama. Filed rebuttal expert report July 8, 2010.  Deposition September 1, 2010. Filed supplemental rebuttal expert report August 22, 2011.

- Testifying expert in Moody's Corporation Securities Litigation. Case No. 1:07-CV-8375-GBD), United States District Court for the Southern District of New York.  Filed rebuttal expert report August 23, 2010. Deposition October 7, 2010. Filed rebuttal reply report November 5, 2010. Filed expert report May 25, 2012.

- Testifying expert in Minneapolis Firefighters' Relief Association v. Medtronic, Inc., et al. Civil No. 08-6324 (PAM/AJB), United States District Court, District of Minnesota. Filed expert report January 14, 2011.

- Testifying expert in Schering-Plough Corporation/ENHANCE Securities Litigation Case No.2:08-cv-00397 (DMC) (JAD), United States District Court, District of New Jersey. Filed declaration February 7, 2011. Filed expert report September 15, 2011. Filed rebuttal expert report October 28, 2011. Filed declaration January 30, 2012. Deposition November 15, 2011 and November 29, 2011.

- Testifying expert in Fannie Mae 2008 Securities Litigation, Master File No. 08 Civ. 7831 (PAC), United States District Court for the Southern District of New York. Filed expert report July 18, 2011.

- Testifying expert in Bank of America Corp. Securities, Derivative, and Employee Retirement Income Security Act (ERISA) Litigation, Master File No. 09 MDL 2058 (PKC), United States District Court for the Southern District of New York.  Filed expert report August 29, 2011. Filed rebuttal expert report September 26, 2011. Filed expert report March 16, 2012. Filed rebuttal expert report April 9, 2012. Filed rebuttal expert report April 29, 2012. Deposition October 14, 2011 and May 24, 2012.

- Testifying expert in Toyota Motor Corporation Securities Litigation, Case No. 10-922 DSF (AJWx), United States District Court, Central District of California. Filed expert report February 17, 2012. Deposition March 28, 2012. Filed rebuttal expert report August 2, 2012. Filed declaration re: Plan of Allocation January 28, 2013.

- Testifying expert in The West Virginia Investment Management Board and the West Virginia Consolidated Public Retirement Board v. The Variable Annuity Life Insurance Company, Civil No. 09-C-2104, Circuit Court of Kanawha County, West Virginia. Filed expert report June 1, 2012. Deposition June 19, 2013.

- Testifying expert in Aracruz Celulose S.A. Securities Litigation, Case No. 08-23317-CIV-LENARD, United States District Court, Southern District of Florida. Filed expert report July 20, 2012. Deposition September 14, 2012. Filed rebuttal expert report October 29, 2012. Filed declaration re: Plan of Allocation May 20, 2013.

- Testifying expert in <u>In Re Computer Sciences Corporation Securities Litigation, CIV. A. No. 1:11-cv-610-TSE-IDD, United States District Court, Eastern District of Virginia, Alexandria Division</u>. Filed expert report November 9, 2012. Filed supplemental report February 18, 2013. Filed rebuttal expert report March 25, 2013. Deposition March 27, 2013. Filed declaration re: Plan of Allocation August 7, 2013.

- Testifying expert in <u>In Re Weatherford International Securities Litigation, Case 1:11-cv-01646-LAK, United States District Court for the Southern District of New York</u>. Filed expert report April 1, 2013. Deposition April 26, 2013.

- Testifying expert in <u>In Re: Regions Morgan Keegan Closed-End Fund Litigation, Case 2:07-cv-02830-SHM-dkv, United States District Court for the Western District of Tennessee Western Division</u>. Court testimony April 12, 2013.

- Testifying expert in <u>City of Roseville Employees' Retirement System and Southeastern Pennsylvania Transportation Authority, derivatively on behalf of Oracle Corporation, Plaintiff, v. Lawrence J. Ellison, Jeffrey S. Berg, H. Raymond Bingham, Michael J. Boskin, Safra A. Catz, Bruce R. Chizen, George H. Conrades, Hector Garcia-Molina, Donald L. Lucas, and Naomi O. Seligman, Defendants, and Oracle Corporation, Nominal Defendant, C.A. No. 6900-CS, Court of Chancery of the State of Delaware</u>. Filed expert report May 13, 2013. Filed rebuttal expert report June 21, 2013. Deposition July 17, 2013.

- Testifying expert in <u>In Re BP plc Securities Litigation, No. 4:10-md-02185, Honorable Keith P. Ellison, United States District Court for the Southern District of Texas, Houston Division</u>. Filed expert report June 14, 2013. Deposition July 25, 2013. Filed rebuttal expert report October 7, 2013. Filed declaration re: Plaintiff accounting losses November 17, 2013. Filed expert report January 6, 2014. Deposition January 22, 2014. Filed rebuttal expert report March 12, 2014. Filed expert report March 17, 2014. Hearing testimony April 21, 2014. Deposition June 3, 2014. Filed declaration re: damages June 3, 2014.

- Testifying expert in <u>In Re Celestica Inc. Securities Litigation, Civil Action No. 07-CV-00312-GBD, United States District Court for the Southern District of New York</u>. Filed expert report June 14, 2013. Filed rebuttal expert report September 10, 2013. Deposition September 24, 2013.

- Testifying expert in <u>In Re Dendreon Corporation Class Action Litigation, Master Docket No. C11-01291JLR, United States District Court for the Western District of Washington at Seattle</u>. Filed declaration re: Plan of Allocation June 14, 2013.

- Testifying expert in <u>In Re Hill v. State Street Corporation, Master Docket No. 09-cv12146-GAO, United States District Court for the District of Massachusetts</u>. Filed expert report October 28, 2013.

- Testifying expert in <u>In Re BNP Paribas Mortgage Corporation and BNP Paribas v. Bank of America, N.A., Master Docket No. 09-cv-9783-RWS, United States District Court for the Southern District of New York</u>. Filed expert report November 25, 2013. Deposition June 26-27, 2014.

- Testifying expert in <u>Stan Better and YRC Investors Group v. YRC Worldwide Inc., William D. Zollars, Michael Smid, Timothy A. Wicks and Stephen L. Bruffet, Civil Action No. 11-2072-KHV, United States District Court for the District of Kansas</u>. Filed declaration re: Plan of Allocation February 5, 2014; Filed expert report May 29, 2015.

- Testifying expert in <u>The Archdiocese of Milwaukee Supporting Fund v. Halliburton Company, et al., Civil Action No. 3:02-CV-1152-M, United States District Court for the Northern District of Texas, Dallas Division</u>. Filed expert report October 30, 2014. Deposition November 11, 2014. Hearing testimony December 1, 2014.

- Testifying expert in <u>In Re HP Securities Litigation, Master File No. 3:12-cv-05980-CRB, United States District Court for the Northern District of California, San Francisco Division</u>. Filed expert report November 4, 2014. Deposition December 3, 2014. Filed rebuttal expert report January 26, 2015.

- Testifying expert in <u>In Re MGM Mirage Securities, No. 2:09-cv-01558-GMN-VCF, United States District Court for the District of Nevada</u>. Filed expert report November 12, 2014. Deposition January 6, 2015.  Filed rebuttal expert report April 2, 2015.

- Testifying expert in <u>Adam S. Levy v. Thomas Gutierrez, Richard J. Gaynor, Raja Bal, J. Michal Conaway, Kathleen A. Cote, Ernest L. Godshalk, Matthew E. Massengill, Mary Petrovich, Robert E. Switz, Noel G. Watson, Thomas Wroe, Jr., Morgan Stanley & Co. LLC, Goldman, Sachs & Co., and Canaccord Genuity Inc., No. 1:14-cv-00443-JL, United States District Court for the District of New Hampshire</u>. Filed declaration January 7, 2015.

- Testifying expert in <u>In Re Nu Skin Enterprises, Inc., Securities Litigation, Master File No. 2:14-cv-00033-DB, United States District Court for the District of Utah, Central Division</u>. Filed expert report June 26, 2015. Deposition August 17, 2015.


<u>Experience in Labor Economics and Discrimination-Related Cases:</u>

- Expert consultant for Cargill in class action race discrimination matter in which class certification was defeated.

- Expert consultant for 3M in class action age discrimination matter.

- Expert consultant for Wal-Mart in class action race discrimination matter.

- Expert consultant on various other significant confidential labor economics matters in which there were class action allegations related to race, age and gender.

- Expert consultant for large insurance company related to litigation and potential regulation resulting from the use of credit scores in the insurance underwriting process.

**Testimony:**

- Testifying expert in <u>Shirley Cohens v. William Henderson, Postmaster General, C.A 1:00CV-1834 (TFH) United States Postal Service. United States District Court for the District of Columbia.</u>– Filed report re: lost wages and benefits.

- Testifying expert in <u>Richard Akins v. NCR Corporation</u>.  Before the American Arbitration Association – Filed report re: lost wages.

- Testifying expert in <u>Maureen Moriarty v. Dyson, Inc., Case No. 09 CV 2777, United States District Court for the Northern District of Illinois, Eastern Division</u>. Filed expert report October 12, 2011. Deposition November 10, 2011.

<u>Selected Experience in Antitrust, General Damages, and Other Matters:</u>

- Expert consultant in high-profile antitrust matters in the computer and credit card industries.

- Expert consultant for plaintiffs in re: Brand Name Drugs Litigation.  Responsible for managing, maintaining and analyzing data totaling over one billion records in one of the largest antitrust cases ever filed in the Federal Courts.

- Served as neutral expert for mediator (Judge Daniel Weinstein) in allocating a settlement in an antitrust matter.

- Expert consultant in Seminole County and Martin County absentee ballot litigation during disputed presidential election of 2000.

- Expert consultant for sub-prime lending institution to determine effect of alternative loan amortization and late fee policies on over 20,000 customers of a sub-prime lending institution. Case settled favorably at trial immediately after the testifying expert presented an analysis I developed showing fundamental flaws in opposing experts calculations.

**TEACHING EXPERIENCE:**

      KNOX COLLEGE, Teaching Assistant - Statistics, (1995)
      KNOX COLLEGE, Tutor in Mathematics, (1992 - 1993)

**PUBLICATIONS:**

      Coffman, Chad and Mary Gregson, "Railroad Construction and Land Value."  *Journal of Real Estate and Finance*, 16:2, pp. 191-204 (1998).

      Coffman, Chad, Tara O'Neil, and Brian Starr, Ed. Richard D. Kahlenberg, "An Empirical Analysis of the Impact of Legacy Preferences on Alumni Giving at Top Universities," *Affirmative Action for the Rich: Legacy Preferences in College Admissions*; pp. 101-121 (2010).

**PROFESSIONAL AFFILIATIONS:**

      Associate Member CFA Society of Chicago
      Associate Member CFA Institute
      Phi Beta Kappa

**AWARDS:**

      1994  Ford Fellowship Recipient for Summer Research.
      1993  Arnold Prize for Best Research Proposal.
      1995  Knox College Economics Department Award.

**PERSONAL ACTIVITIES:**

- Pro bono consulting for Cook County State's Attorney's Office.
- Pro bono consulting for Cook County Health & Hospitals System – Developed method for hospital to assess real-time patient level costs to assist in improving care for Cook County residents and prepare for implementation of Affordable Care Act.
- Pro bono consulting for Chicago Park District to analyze economic impact of park district assets and assist in developing strategic framework for decision-making.

# Appendix C
# Event Study for Intuitive Surgical
### Class Period: February 6, 2012 through July 18, 2013

| -- Negative Statistical Significance at the 95% Confidence Level | ++ Positive Statistical Significance at the 95% Confidence Level | ** Statistically Significant at the 90% Confidence Level |
|---|---|---|

| Date | ISRG Common Stock Closing Price | ISRG Common Stock Daily Volume | ISRG Raw Return | S&P 500 Total Return | S&P 500 Health Care Index Return | ISRG Abnormal Return | ISRG Abnormal Dollar Return | T-Stat | Significance |
|---|---|---|---|---|---|---|---|---|---|
| 2/6/2012 | $491.39 | 357,894 | -0.13% | -0.04% | -0.37% | -0.22% | -$1.10 | -0.18 | |
| 2/7/2012 | $494.00 | 227,287 | 0.53% | 0.20% | 0.08% | 0.16% | $0.81 | 0.14 | |
| 2/8/2012 | $491.92 | 280,090 | -0.42% | 0.25% | -0.37% | -0.80% | -$3.96 | -0.66 | |
| 2/9/2012 | $492.41 | 243,779 | 0.10% | 0.15% | -0.59% | -0.16% | -$0.77 | -0.13 | |
| 2/10/2012 | $490.83 | 294,631 | -0.32% | -0.69% | 0.40% | 0.14% | $0.70 | 0.12 | |
| 2/13/2012 | $503.07 | 476,682 | 2.49% | 0.70% | -0.11% | 1.66% | $8.17 | 1.37 | |
| 2/14/2012 | $510.40 | 481,676 | 1.46% | -0.08% | 0.38% | 1.28% | $6.45 | 1.07 | |
| 2/15/2012 | $505.23 | 407,891 | -1.01% | -0.50% | 0.29% | -0.77% | -$3.92 | -0.65 | |
| 2/16/2012 | $507.54 | 364,874 | 0.46% | 1.12% | -0.45% | -0.72% | -$3.64 | -0.61 | |
| 2/17/2012 | $505.99 | 252,876 | -0.30% | 0.24% | -0.61% | -0.63% | -$3.21 | -0.53 | |
| 2/21/2012 | $504.91 | 175,142 | -0.21% | 0.07% | -0.73% | -0.35% | -$1.75 | -0.29 | |
| 2/22/2012 | $504.08 | 182,985 | -0.16% | -0.33% | 0.35% | -0.03% | -$0.16 | -0.03 | |
| 2/23/2012 | $506.36 | 161,251 | 0.45% | 0.45% | -0.40% | -0.04% | -$0.21 | -0.04 | |
| 2/24/2012 | $512.76 | 206,854 | 1.26% | 0.18% | 0.18% | 0.96% | $4.86 | 0.83 | |
| 2/27/2012 | $514.24 | 282,882 | 0.29% | 0.14% | -0.05% | 0.03% | $0.16 | 0.03 | |
| 2/28/2012 | $515.69 | 205,220 | 0.28% | 0.35% | 0.16% | -0.18% | -$0.93 | -0.16 | |
| 2/29/2012 | $511.62 | 219,776 | -0.79% | -0.46% | -0.05% | -0.50% | -$2.57 | -0.44 | |
| 3/1/2012 | $521.33 | 310,137 | 1.90% | 0.62% | -0.20% | 1.25% | $6.39 | 1.10 | |
| 3/2/2012 | $516.91 | 240,210 | -0.85% | -0.32% | 0.15% | -0.69% | -$3.60 | -0.61 | |
| 3/5/2012 | $513.43 | 241,143 | -0.67% | -0.38% | 0.22% | -0.46% | -$2.39 | -0.41 | |
| 3/6/2012 | $506.64 | 271,580 | -1.32% | -1.53% | 0.13% | -0.14% | -$0.71 | -0.12 | |
| 3/7/2012 | $508.25 | 152,194 | 0.32% | 0.72% | -0.37% | -0.43% | -$2.19 | -0.38 | |
| 3/8/2012 | $516.86 | 196,484 | 1.69% | 0.99% | 0.23% | 0.77% | $3.94 | 0.69 | |
| 3/9/2012 | $523.83 | 322,980 | 1.35% | 0.36% | 0.04% | 0.94% | $4.84 | 0.83 | |

# Appendix C
# Event Study for Intuitive Surgical
## Class Period: February 6, 2012 through July 18, 2013

| -- Negative Statistical Significance at the 95% Confidence Level | ++ Positive Statistical Significance at the 95% Confidence Level | ** Statistically Significant at the 90% Confidence Level |
| --- | --- | --- |

| Date | ISRG Common Stock Closing Price | ISRG Common Stock Daily Volume | ISRG Raw Return | S&P 500 Total Return | S&P 500 Health Care Index Return | ISRG Abnormal Return | ISRG Abnormal Dollar Return | T-Stat | Significance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3/12/2012 | $526.47 | 298,644 | 0.50% | 0.02% | -0.10% | 0.35% | $1.85 | 0.31 | |
| 3/13/2012 | $531.32 | 215,733 | 0.92% | 1.85% | -0.45% | -0.80% | -$4.21 | -0.72 | |
| 3/14/2012 | $528.20 | 252,963 | -0.59% | -0.12% | 0.11% | -0.62% | -$3.27 | -0.55 | |
| 3/15/2012 | $528.20 | 215,444 | 0.00% | 0.60% | -0.41% | -0.62% | -$3.27 | -0.56 | |
| 3/16/2012 | $529.74 | 388,111 | 0.29% | 0.11% | -0.19% | 0.09% | $0.47 | 0.08 | |
| 3/19/2012 | $529.54 | 198,223 | -0.04% | 0.40% | -0.37% | -0.46% | -$2.45 | -0.42 | |
| 3/20/2012 | $531.63 | 148,423 | 0.39% | -0.30% | -0.17% | 0.56% | $2.95 | 0.51 | |
| 3/21/2012 | $532.92 | 136,888 | 0.24% | -0.18% | 0.06% | 0.30% | $1.57 | 0.27 | |
| 3/22/2012 | $534.81 | 193,086 | 0.35% | -0.72% | 0.43% | 0.85% | $4.51 | 0.78 | |
| 3/23/2012 | $533.40 | 133,342 | -0.26% | 0.31% | -0.07% | -0.67% | -$3.58 | -0.63 | |
| 3/26/2012 | $541.96 | 189,147 | 1.60% | 1.39% | 0.32% | 0.26% | $1.41 | 0.25 | |
| 3/27/2012 | $546.31 | 313,758 | 0.80% | -0.27% | 0.55% | 0.89% | $4.82 | 0.85 | |
| 3/28/2012 | $544.63 | 184,112 | -0.31% | -0.47% | 0.20% | -0.11% | -$0.58 | -0.10 | |
| 3/29/2012 | $543.68 | 260,137 | -0.17% | -0.16% | 0.39% | -0.24% | -$1.32 | -0.24 | |
| 3/30/2012 | $541.75 | 372,525 | -0.35% | 0.37% | 0.39% | -0.85% | -$4.61 | -0.83 | |
| 4/2/2012 | $545.82 | 254,949 | 0.75% | 0.76% | -0.38% | 0.01% | $0.05 | 0.01 | |
| 4/3/2012 | $548.39 | 202,822 | 0.47% | -0.38% | 0.34% | 0.56% | $3.04 | 0.55 | |
| 4/4/2012 | $543.97 | 161,159 | -0.81% | -1.02% | 0.31% | -0.21% | -$1.15 | -0.21 | |
| 4/5/2012 | $545.24 | 160,017 | 0.23% | -0.03% | 0.07% | 0.08% | $0.41 | 0.08 | |
| 4/9/2012 | $539.07 | 194,593 | -1.13% | -1.13% | -0.17% | -0.38% | -$2.07 | -0.39 | |
| 4/10/2012 | $535.24 | 347,067 | -0.71% | -1.71% | 0.56% | 0.43% | $2.33 | 0.44 | |
| 4/11/2012 | $540.01 | 340,900 | 0.89% | 0.76% | -0.48% | 0.18% | $0.98 | 0.19 | |
| 4/12/2012 | $551.59 | 413,253 | 2.14% | 1.38% | -0.84% | 0.83% | $4.46 | 0.88 | |
| 4/13/2012 | $546.56 | 206,201 | -0.91% | -1.25% | 0.28% | -0.09% | -$0.52 | -0.10 | |

# Appendix C
# Event Study for Intuitive Surgical
## Class Period: February 6, 2012 through July 18, 2013

| | -- Negative Statistical Significance at the 95% Confidence Level | ++ Positive Statistical Significance at the 95% Confidence Level | ** Statistically Significant at the 90% Confidence Level |
|---|---|---|---|

| Date | ISRG Common Stock Closing Price | ISRG Common Stock Daily Volume | ISRG Raw Return | S&P 500 Total Return | S&P 500 Health Care Index Return | ISRG Abnormal Return | ISRG Abnormal Dollar Return | T-Stat | Significance |
|---|---|---|---|---|---|---|---|---|---|
| 4/16/2012 | $541.09 | 324,797 | -1.00% | -0.05% | 0.08% | -1.15% | -$6.27 | -1.23 | |
| 4/17/2012 | $545.53 | 488,986 | 0.82% | 1.55% | -0.11% | -0.67% | -$3.64 | -0.74 | |
| 4/18/2012 | $584.52 | 1,413,211 | 7.15% | -0.40% | 0.03% | 7.29% | $39.76 | 7.96 | ++ |
| 4/19/2012 | $579.22 | 477,997 | -0.91% | -0.59% | 0.79% | -0.58% | -$3.42 | -0.64 | |
| 4/20/2012 | $576.57 | 577,960 | -0.46% | 0.12% | 0.42% | -0.74% | -$4.29 | -0.81 | |
| 4/23/2012 | $567.44 | 341,664 | -1.58% | -0.84% | 0.07% | -1.06% | -$6.11 | -1.16 | |
| 4/24/2012 | $560.11 | 244,219 | -1.29% | 0.37% | 0.03% | -1.77% | -$10.03 | -1.92 | ** |
| 4/25/2012 | $575.50 | 276,311 | 2.75% | 1.38% | -0.36% | 1.42% | $7.93 | 1.53 | |
| 4/26/2012 | $576.64 | 178,927 | 0.20% | 0.67% | -0.75% | -0.56% | -$3.22 | -0.60 | |
| 4/27/2012 | $585.82 | 252,353 | 1.59% | 0.24% | -0.10% | 1.22% | $7.03 | 1.31 | |
| 4/30/2012 | $578.20 | 170,907 | -1.30% | -0.39% | 0.33% | -1.10% | -$6.42 | -1.17 | |
| 5/1/2012 | $588.28 | 256,395 | 1.74% | 0.57% | -0.29% | 1.07% | $6.17 | 1.14 | |
| 5/2/2012 | $586.16 | 179,580 | -0.36% | -0.24% | 0.14% | -0.31% | -$1.80 | -0.33 | |
| 5/3/2012 | $578.37 | 186,852 | -1.33% | -0.75% | 0.38% | -0.80% | -$4.70 | -0.86 | |
| 5/4/2012 | $565.16 | 313,154 | -2.28% | -1.61% | 0.34% | -0.96% | -$5.53 | -1.02 | |
| 5/7/2012 | $564.00 | 263,599 | -0.21% | 0.04% | 0.16% | -0.38% | -$2.12 | -0.40 | |
| 5/8/2012 | $557.00 | 350,791 | -1.24% | -0.41% | 0.58% | -0.97% | -$5.46 | -1.03 | |
| 5/9/2012 | $549.59 | 438,521 | -1.33% | -0.64% | -0.29% | -0.88% | -$4.93 | -0.94 | |
| 5/10/2012 | $556.75 | 236,573 | 1.30% | 0.28% | 0.49% | 0.96% | $5.25 | 1.02 | |
| 5/11/2012 | $558.95 | 235,233 | 0.40% | -0.33% | 0.17% | 0.58% | $3.26 | 0.62 | |
| 5/14/2012 | $550.56 | 205,651 | -1.50% | -1.10% | 0.69% | -0.61% | -$3.43 | -0.66 | |
| 5/15/2012 | $546.85 | 285,401 | -0.67% | -0.56% | 0.03% | -0.31% | -$1.69 | -0.33 | |
| 5/16/2012 | $537.18 | 420,480 | -1.77% | -0.41% | 0.62% | -1.50% | -$8.21 | -1.63 | |
| 5/17/2012 | $519.09 | 379,596 | -3.37% | -1.50% | 0.55% | -2.05% | -$11.03 | -2.20 | -- |

# Appendix C
# Event Study for Intuitive Surgical
## Class Period: February 6, 2012 through July 18, 2013

| | -- Negative Statistical Significance at the 95% Confidence Level | ++ Positive Statistical Significance at the 95% Confidence Level | ** Statistically Significant at the 90% Confidence Level |
|---|---|---|---|

| Date | ISRG Common Stock Closing Price | ISRG Common Stock Daily Volume | ISRG Raw Return | S&P 500 Total Return | S&P 500 Health Care Index Return | ISRG Abnormal Return | ISRG Abnormal Dollar Return | T-Stat | Significance |
|---|---|---|---|---|---|---|---|---|---|
| 5/18/2012 | $511.24 | 350,530 | -1.51% | -0.74% | -0.07% | -0.86% | -$4.47 | -0.92 | |
| 5/21/2012 | $527.07 | 332,942 | 3.10% | 1.61% | -0.69% | 1.36% | $6.96 | 1.45 | |
| 5/22/2012 | $525.08 | 263,056 | -0.38% | 0.05% | -0.22% | -0.54% | -$2.84 | -0.57 | |
| 5/23/2012 | $530.89 | 238,287 | 1.11% | 0.17% | -0.81% | 0.77% | $4.06 | 0.82 | |
| 5/24/2012 | $531.50 | 202,537 | 0.11% | 0.15% | 0.65% | -0.14% | -$0.75 | -0.15 | |
| 5/25/2012 | $526.55 | 191,132 | -0.93% | -0.22% | 0.10% | -0.78% | -$4.14 | -0.84 | |
| 5/29/2012 | $527.90 | 209,183 | 0.26% | 1.12% | -0.76% | -1.18% | -$6.23 | -1.28 | |
| 5/30/2012 | $531.55 | 243,932 | 0.69% | -1.40% | 0.64% | 2.23% | $11.78 | 2.40 | ++ |
| 5/31/2012 | $523.10 | 318,148 | -1.59% | -0.22% | -0.13% | -1.47% | -$7.83 | -1.55 | |
| 6/1/2012 | $503.01 | 379,206 | -3.84% | -2.46% | 0.72% | -1.20% | -$6.25 | -1.24 | |
| 6/4/2012 | $516.21 | 282,684 | 2.62% | 0.01% | 0.30% | 2.53% | $12.73 | 2.62 | ++ |
| 6/5/2012 | $522.38 | 272,245 | 1.20% | 0.58% | -0.07% | 0.43% | $2.23 | 0.43 | |
| 6/6/2012 | $533.44 | 352,701 | 2.12% | 2.33% | -0.97% | -0.66% | -$3.45 | -0.66 | |
| 6/7/2012 | $529.51 | 278,302 | -0.74% | -0.01% | 0.04% | -0.82% | -$4.39 | -0.83 | |
| 6/8/2012 | $536.70 | 197,821 | 1.36% | 0.81% | -0.08% | 0.34% | $1.78 | 0.34 | |
| 6/11/2012 | $520.89 | 310,139 | -2.95% | -1.26% | 0.41% | -1.63% | -$8.75 | -1.65 | ** |
| 6/12/2012 | $530.89 | 223,753 | 1.92% | 1.17% | -0.32% | 0.50% | $2.62 | 0.50 | |
| 6/13/2012 | $525.97 | 143,844 | -0.93% | -0.67% | 0.53% | -0.20% | -$1.08 | -0.21 | |
| 6/14/2012 | $527.98 | 214,521 | 0.38% | 1.08% | 0.29% | -0.98% | -$5.17 | -1.00 | |
| 6/15/2012 | $531.66 | 474,056 | 0.70% | 1.03% | -0.42% | -0.62% | -$3.29 | -0.63 | |
| 6/18/2012 | $545.24 | 285,645 | 2.56% | 0.15% | 0.28% | 2.33% | $12.37 | 2.36 | ++ |
| 6/19/2012 | $548.58 | 225,202 | 0.61% | 0.98% | -0.01% | -0.63% | -$3.43 | -0.63 | |
| 6/20/2012 | $548.22 | 173,894 | -0.07% | -0.16% | -0.07% | 0.07% | $0.37 | 0.07 | |
| 6/21/2012 | $537.03 | 269,466 | -2.04% | -2.21% | 0.82% | 0.50% | $2.73 | 0.50 | |

# Appendix C
# Event Study for Intuitive Surgical
## Class Period: February 6, 2012 through July 18, 2013

| -- Negative Statistical Significance at the 95% Confidence Level | ++ Positive Statistical Significance at the 95% Confidence Level | ** Statistically Significant at the 90% Confidence Level |
|---|---|---|

| Date | ISRG Common Stock Closing Price | ISRG Common Stock Daily Volume | ISRG Raw Return | S&P 500 Total Return | S&P 500 Health Care Index Return | ISRG Abnormal Return | ISRG Abnormal Dollar Return | T-Stat | Significance |
|---|---|---|---|---|---|---|---|---|---|
| 6/22/2012 | $550.12 | 705,737 | 2.44% | 0.72% | 0.31% | 1.55% | $8.31 | 1.55 | |
| 6/25/2012 | $539.81 | 254,681 | -1.87% | -1.58% | 0.39% | -0.09% | -$0.51 | -0.09 | |
| 6/26/2012 | $544.31 | 176,901 | 0.83% | 0.48% | -0.19% | 0.21% | $1.12 | 0.21 | |
| 6/27/2012 | $544.24 | 125,333 | -0.01% | 0.92% | 0.15% | -1.18% | -$6.43 | -1.17 | |
| 6/28/2012 | $536.29 | 267,888 | -1.46% | -0.21% | -0.11% | -1.30% | -$7.06 | -1.29 | |
| 6/29/2012 | $553.79 | 333,433 | 3.26% | 2.50% | -0.67% | 0.31% | $1.66 | 0.31 | |
| 7/2/2012 | $565.97 | 331,879 | 2.20% | 0.25% | 0.02% | 1.80% | $9.98 | 1.86 | ** |
| 7/3/2012 | $566.61 | 124,533 | 0.11% | 0.65% | -0.74% | -0.72% | -$4.06 | -0.74 | |
| 7/5/2012 | $563.41 | 185,361 | -0.56% | -0.47% | -0.09% | -0.09% | -$0.49 | -0.09 | |
| 7/6/2012 | $551.47 | 289,034 | -2.12% | -0.91% | 0.21% | -1.15% | -$6.45 | -1.18 | |
| 7/9/2012 | $551.39 | 137,007 | -0.01% | -0.16% | 0.80% | -0.03% | -$0.18 | -0.03 | |
| 7/10/2012 | $531.77 | 643,628 | -3.56% | -0.81% | 0.24% | -2.67% | -$14.73 | -2.76 | -- |
| 7/11/2012 | $535.01 | 249,475 | 0.61% | 0.01% | -0.13% | 0.55% | $2.94 | 0.55 | |
| 7/12/2012 | $534.59 | 257,553 | -0.08% | -0.50% | 0.73% | 0.39% | $2.07 | 0.39 | |
| 7/13/2012 | $540.04 | 304,300 | 1.02% | 1.65% | -0.49% | -1.06% | -$5.68 | -1.07 | |
| 7/16/2012 | $536.52 | 163,563 | -0.65% | -0.23% | 0.37% | -0.48% | -$2.58 | -0.48 | |
| 7/17/2012 | $544.11 | 323,848 | 1.41% | 0.74% | 0.58% | 0.35% | $1.87 | 0.35 | |
| 7/18/2012 | $549.36 | 255,867 | 0.96% | 0.68% | -0.50% | 0.16% | $0.86 | 0.16 | |
| 7/19/2012 | $544.21 | 500,578 | -0.94% | 0.28% | -0.30% | -1.28% | -$7.03 | -1.32 | |
| 7/20/2012 | $498.50 | 1,532,384 | -8.40% | -1.00% | -0.30% | -7.12% | -$38.77 | -7.31 | -- |
| 7/23/2012 | $477.47 | 946,550 | -4.22% | -0.89% | -0.12% | -3.12% | -$15.57 | -3.19 | -- |
| 7/24/2012 | $472.48 | 481,290 | -1.05% | -0.90% | -0.22% | 0.21% | $0.99 | 0.20 | |
| 7/25/2012 | $483.59 | 484,539 | 2.35% | -0.03% | 0.38% | 2.28% | $10.79 | 2.25 | ++ |
| 7/26/2012 | $489.20 | 463,838 | 1.16% | 1.66% | -0.62% | -0.75% | -$3.63 | -0.79 | |

# Appendix C
## Event Study for Intuitive Surgical
### Class Period: February 6, 2012 through July 18, 2013

| -- Negative Statistical Significance at the 95% Confidence Level | ++ Positive Statistical Significance at the 95% Confidence Level | ** Statistically Significant at the 90% Confidence Level |
|---|---|---|

| Date | ISRG Common Stock Closing Price | ISRG Common Stock Daily Volume | ISRG Raw Return | S&P 500 Total Return | S&P 500 Health Care Index Return | ISRG Abnormal Return | ISRG Abnormal Dollar Return | T-Stat | Significance |
|---|---|---|---|---|---|---|---|---|---|
| 7/27/2012 | $498.94 | 302,996 | 1.99% | 1.91% | 0.55% | -0.92% | -$4.49 | -0.96 | |
| 7/30/2012 | $491.61 | 359,705 | -1.47% | -0.04% | -0.45% | -1.13% | -$5.62 | -1.18 | |
| 7/31/2012 | $481.50 | 355,888 | -2.06% | -0.43% | -0.19% | -1.31% | -$6.45 | -1.37 | |
| 8/1/2012 | $476.79 | 285,483 | -0.98% | -0.29% | 0.20% | -0.64% | -$3.06 | -0.66 | |
| 8/2/2012 | $477.79 | 357,510 | 0.21% | -0.73% | -0.24% | 1.42% | $6.79 | 1.47 | |
| 8/3/2012 | $492.85 | 336,022 | 3.15% | 1.92% | -0.70% | 1.02% | $4.88 | 1.05 | |
| 8/6/2012 | $490.80 | 185,177 | -0.42% | 0.24% | -0.29% | -0.51% | -$2.52 | -0.53 | |
| 8/7/2012 | $496.76 | 172,360 | 1.21% | 0.51% | -0.67% | 0.94% | $4.63 | 0.98 | |
| 8/8/2012 | $501.22 | 219,593 | 0.90% | 0.09% | 0.22% | 0.75% | $3.71 | 0.78 | |
| 8/9/2012 | $497.56 | 228,806 | -0.73% | 0.08% | -0.15% | -0.71% | -$3.58 | -0.74 | |
| 8/10/2012 | $498.58 | 229,551 | 0.21% | 0.22% | 0.23% | -0.13% | -$0.67 | -0.14 | |
| 8/13/2012 | $508.31 | 351,865 | 1.95% | -0.11% | -0.28% | 2.29% | $11.41 | 2.37 | ++ |
| 8/14/2012 | $509.86 | 219,205 | 0.30% | 0.00% | 0.28% | 0.23% | $1.19 | 0.24 | |
| 8/15/2012 | $517.31 | 258,866 | 1.46% | 0.15% | 0.11% | 1.26% | $6.45 | 1.28 | |
| 8/16/2012 | $514.95 | 194,399 | -0.46% | 0.72% | -1.02% | -0.96% | -$4.94 | -0.96 | |
| 8/17/2012 | $511.73 | 238,835 | -0.63% | 0.19% | -0.73% | -0.48% | -$2.50 | -0.49 | |
| 8/20/2012 | $510.32 | 206,671 | -0.28% | 0.00% | 0.26% | -0.34% | -$1.76 | -0.34 | |
| 8/21/2012 | $507.50 | 292,125 | -0.55% | -0.35% | 0.03% | -0.04% | -$0.21 | -0.04 | |
| 8/22/2012 | $507.76 | 154,341 | 0.05% | 0.03% | -0.02% | 0.09% | $0.47 | 0.09 | |
| 8/23/2012 | $503.21 | 154,192 | -0.90% | -0.81% | 0.69% | -0.10% | -$0.48 | -0.10 | |
| 8/24/2012 | $505.52 | 149,107 | 0.46% | 0.66% | 0.17% | -0.43% | -$2.18 | -0.44 | |
| 8/27/2012 | $500.69 | 190,712 | -0.96% | -0.05% | 0.06% | -0.85% | -$4.27 | -0.86 | |
| 8/28/2012 | $498.01 | 231,776 | -0.54% | -0.07% | -0.07% | -0.32% | -$1.61 | -0.32 | |
| 8/29/2012 | $496.54 | 164,882 | -0.30% | 0.11% | 0.24% | -0.47% | -$2.35 | -0.48 | |

# Appendix C
# Event Study for Intuitive Surgical
## Class Period: February 6, 2012 through July 18, 2013

| -- Negative Statistical Significance at the 95% Confidence Level | ++ Positive Statistical Significance at the 95% Confidence Level | ** Statistically Significant at the 90% Confidence Level |
| --- | --- | --- |

| Date | ISRG Common Stock Closing Price | ISRG Common Stock Daily Volume | ISRG Raw Return | S&P 500 Total Return | S&P 500 Health Care Index Return | ISRG Abnormal Return | ISRG Abnormal Dollar Return | T-Stat | Significance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/30/2012 | $491.66 | 146,499 | -0.98% | -0.77% | 0.41% | -0.06% | -$0.30 | -0.06 | |
| 8/31/2012 | $491.79 | 204,021 | 0.03% | 0.51% | -0.23% | -0.44% | -$2.16 | -0.45 | |
| 9/4/2012 | $491.09 | 243,440 | -0.14% | -0.11% | 0.38% | -0.07% | -$0.37 | -0.08 | |
| 9/5/2012 | $487.70 | 224,074 | -0.69% | -0.08% | 0.09% | -0.53% | -$2.61 | -0.54 | |
| 9/6/2012 | $495.92 | 322,352 | 1.69% | 2.06% | -0.41% | -0.82% | -$4.00 | -0.84 | |
| 9/7/2012 | $500.74 | 220,745 | 0.97% | 0.41% | -0.46% | 0.73% | $3.64 | 0.75 | |
| 9/10/2012 | $495.19 | 259,132 | -1.11% | -0.61% | 0.24% | -0.31% | -$1.55 | -0.32 | |
| 9/11/2012 | $487.41 | 303,874 | -1.57% | 0.31% | -0.28% | -1.76% | -$8.73 | -1.80 | ** |
| 9/12/2012 | $486.08 | 211,312 | -0.27% | 0.24% | -0.21% | -0.37% | -$1.79 | -0.37 | |
| 9/13/2012 | $489.72 | 343,930 | 0.75% | 1.64% | -0.61% | -1.06% | -$5.13 | -1.07 | |
| 9/14/2012 | $501.65 | 372,734 | 2.44% | 0.40% | -0.81% | 2.44% | $11.95 | 2.47 | ++ |
| 9/17/2012 | $510.31 | 349,350 | 1.73% | -0.31% | 0.80% | 1.95% | $9.78 | 1.93 | ** |
| 9/18/2012 | $512.36 | 298,277 | 0.40% | -0.13% | 0.42% | 0.50% | $2.54 | 0.49 | |
| 9/19/2012 | $509.39 | 183,764 | -0.58% | 0.12% | 0.03% | -0.64% | -$3.29 | -0.63 | |
| 9/20/2012 | $506.34 | 328,890 | -0.60% | -0.04% | 0.46% | -0.64% | -$3.25 | -0.62 | |
| 9/21/2012 | $517.76 | 696,985 | 2.26% | -0.01% | 0.44% | 2.18% | $11.02 | 2.13 | ++ |
| 9/24/2012 | $517.50 | 236,073 | -0.05% | -0.22% | 0.39% | 0.15% | $0.79 | 0.15 | |
| 9/25/2012 | $511.57 | 255,845 | -1.15% | -1.04% | 1.01% | -0.14% | -$0.70 | -0.13 | |
| 9/26/2012 | $495.62 | 396,259 | -3.12% | -0.55% | 0.06% | -2.28% | -$11.66 | -2.19 | -- |
| 9/27/2012 | $499.66 | 308,729 | 0.82% | 0.97% | -0.37% | -0.21% | -$1.05 | -0.20 | |
| 9/28/2012 | $495.63 | 268,260 | -0.81% | -0.45% | 0.02% | -0.04% | -$0.22 | -0.04 | |
| 10/1/2012 | $499.80 | 237,964 | 0.84% | 0.27% | 0.32% | 0.43% | $2.14 | 0.41 | |
| 10/2/2012 | $500.75 | 352,744 | 0.19% | 0.09% | 0.40% | -0.02% | -$0.09 | -0.02 | |
| 10/3/2012 | $511.03 | 328,823 | 2.05% | 0.38% | 0.28% | 1.49% | $7.48 | 1.43 | |

# Appendix C
# Event Study for Intuitive Surgical
## Class Period: February 6, 2012 through July 18, 2013

| -- Negative Statistical Significance at the 95% Confidence Level | ++ Positive Statistical Significance at the 95% Confidence Level | ** Statistically Significant at the 90% Confidence Level |
| --- | --- | --- |

| Date | ISRG Common Stock Closing Price | ISRG Common Stock Daily Volume | ISRG Raw Return | S&P 500 Total Return | S&P 500 Health Care Index Return | ISRG Abnormal Return | ISRG Abnormal Dollar Return | T-Stat | Significance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 10/4/2012 | $516.49 | 368,018 | 1.07% | 0.72% | -0.07% | 0.22% | $1.13 | 0.21 | |
| 10/5/2012 | $511.31 | 309,745 | -1.00% | 0.00% | 0.16% | -0.95% | -$4.93 | -0.91 | |
| 10/8/2012 | $509.32 | 255,485 | -0.39% | -0.35% | 0.22% | 0.14% | $0.71 | 0.13 | |
| 10/9/2012 | $495.16 | 624,673 | -2.78% | -0.99% | -0.21% | -1.01% | -$5.13 | -0.97 | |
| 10/10/2012 | $494.63 | 402,462 | -0.11% | -0.61% | -0.14% | 1.09% | $5.38 | 1.04 | |
| 10/11/2012 | $494.64 | 265,351 | 0.00% | 0.04% | 0.02% | 0.08% | $0.38 | 0.07 | |
| 10/12/2012 | $494.58 | 335,044 | -0.01% | -0.29% | 0.18% | 0.45% | $2.21 | 0.43 | |
| 10/15/2012 | $512.53 | 472,929 | 3.63% | 0.81% | 0.56% | 2.13% | $10.51 | 2.05 | ++ |
| 10/16/2012 | $533.13 | 1,433,578 | 4.02% | 1.03% | -0.02% | 2.56% | $13.13 | 2.44 | ++ |
| 10/17/2012 | $532.41 | 1,654,923 | -0.14% | 0.42% | -0.45% | -0.33% | -$1.74 | -0.30 | |
| 10/18/2012 | $535.82 | 447,061 | 0.64% | -0.24% | 0.22% | 0.95% | $5.04 | 0.88 | |
| 10/19/2012 | $538.35 | 674,904 | 0.47% | -1.66% | -0.02% | 3.22% | $17.23 | 3.00 | ++ |
| 10/22/2012 | $551.19 | 647,920 | 2.39% | 0.05% | -0.07% | 2.45% | $13.17 | 2.21 | ++ |
| 10/23/2012 | $546.61 | 482,479 | -0.83% | -1.44% | 0.04% | 1.34% | $7.40 | 1.19 | |
| 10/24/2012 | $543.01 | 278,585 | -0.66% | -0.31% | 0.44% | -0.50% | -$2.74 | -0.44 | |
| 10/25/2012 | $545.63 | 250,235 | 0.48% | 0.30% | 0.53% | -0.30% | -$1.63 | -0.26 | |
| 10/26/2012 | $535.84 | 365,739 | -1.79% | -0.07% | -0.30% | -1.44% | -$7.86 | -1.27 | |
| 10/31/2012 | $542.22 | 342,730 | 1.19% | 0.03% | -0.78% | 1.80% | $9.64 | 1.58 | |
| 11/1/2012 | $540.96 | 457,361 | -0.23% | 1.10% | -0.26% | -1.61% | -$8.74 | -1.40 | |
| 11/2/2012 | $541.47 | 334,537 | 0.09% | -0.94% | 0.32% | 1.24% | $6.70 | 1.07 | |
| 11/5/2012 | $540.82 | 288,432 | -0.12% | 0.23% | -0.07% | -0.36% | -$1.93 | -0.31 | |
| 11/6/2012 | $543.90 | 193,742 | 0.57% | 0.79% | -0.61% | -0.08% | -$0.45 | -0.07 | |
| 11/7/2012 | $537.70 | 346,017 | -1.14% | -2.28% | 0.37% | 1.83% | $9.94 | 1.57 | |
| 11/8/2012 | $531.50 | 263,448 | -1.15% | -1.22% | 0.06% | 0.45% | $2.41 | 0.39 | |

# Appendix C
# Event Study for Intuitive Surgical
## Class Period: February 6, 2012 through July 18, 2013

| | -- Negative Statistical Significance at the 95% Confidence Level | ++ Positive Statistical Significance at the 95% Confidence Level | ** Statistically Significant at the 90% Confidence Level |
|---|---|---|---|

| Date | ISRG Common Stock Closing Price | ISRG Common Stock Daily Volume | ISRG Raw Return | S&P 500 Total Return | S&P 500 Health Care Index Return | ISRG Abnormal Return | ISRG Abnormal Dollar Return | T-Stat | Significance |
|---|---|---|---|---|---|---|---|---|---|
| 11/9/2012 | $529.60 | 333,677 | -0.36% | 0.17% | 0.19% | -0.74% | -$3.93 | -0.64 | |
| 11/12/2012 | $533.64 | 260,593 | 0.76% | 0.01% | 0.43% | 0.44% | $2.33 | 0.38 | |
| 11/13/2012 | $536.17 | 235,298 | 0.47% | -0.37% | -0.08% | 0.99% | $5.31 | 0.87 | |
| 11/14/2012 | $526.46 | 275,966 | -1.81% | -1.35% | 0.19% | -0.24% | -$1.31 | -0.21 | |
| 11/15/2012 | $524.29 | 275,248 | -0.41% | -0.15% | -0.09% | -0.14% | -$0.74 | -0.12 | |
| 11/16/2012 | $533.92 | 374,407 | 1.84% | 0.49% | 0.21% | 1.02% | $5.34 | 0.89 | |
| 11/19/2012 | $542.49 | 278,329 | 1.61% | 1.99% | -0.96% | -0.23% | -$1.21 | -0.20 | |
| 11/20/2012 | $536.48 | 214,038 | -1.11% | 0.07% | 0.48% | -1.63% | -$8.82 | -1.43 | |
| 11/21/2012 | $534.46 | 119,451 | -0.38% | 0.23% | -0.19% | -0.54% | -$2.89 | -0.48 | |
| 11/23/2012 | $537.50 | 44,854 | 0.57% | 1.32% | -0.26% | -0.97% | -$5.20 | -0.86 | |
| 11/26/2012 | $534.25 | 223,043 | -0.60% | -0.20% | -0.27% | -0.16% | -$0.85 | -0.14 | |
| 11/27/2012 | $525.00 | 284,184 | -1.73% | -0.51% | -0.05% | -1.03% | -$5.50 | -0.93 | |
| 11/28/2012 | $530.49 | 332,559 | 1.05% | 0.82% | -0.02% | 0.06% | $0.29 | 0.05 | |
| 11/29/2012 | $534.95 | 170,133 | 0.84% | 0.44% | 0.18% | 0.18% | $0.94 | 0.16 | |
| 11/30/2012 | $529.00 | 217,900 | -1.11% | 0.02% | 0.14% | -1.21% | -$6.48 | -1.10 | |
| 12/3/2012 | $525.41 | 208,280 | -0.68% | -0.47% | 0.24% | -0.21% | -$1.13 | -0.19 | |
| 12/4/2012 | $527.17 | 233,905 | 0.33% | -0.17% | 0.36% | 0.32% | $1.66 | 0.29 | |
| 12/5/2012 | $516.77 | 299,685 | -1.97% | 0.19% | 0.20% | -2.33% | -$12.27 | -2.12 | -- |
| 12/6/2012 | $519.78 | 246,618 | 0.58% | 0.36% | -0.38% | 0.44% | $2.30 | 0.40 | |
| 12/7/2012 | $518.29 | 190,087 | -0.29% | 0.30% | -0.01% | -0.62% | -$3.24 | -0.56 | |
| 12/10/2012 | $526.85 | 249,917 | 1.65% | 0.04% | 0.33% | 1.40% | $7.26 | 1.26 | |
| 12/11/2012 | $536.30 | 427,589 | 1.79% | 0.66% | 0.38% | 0.75% | $3.96 | 0.68 | |
| 12/12/2012 | $539.57 | 244,787 | 0.61% | 0.07% | -0.24% | 0.73% | $3.89 | 0.66 | |
| 12/13/2012 | $537.95 | 213,268 | -0.30% | -0.61% | -0.34% | 0.73% | $3.94 | 0.66 | |

# Appendix C
# Event Study for Intuitive Surgical
## Class Period: February 6, 2012 through July 18, 2013

| -- Negative Statistical Significance at the 95% Confidence Level | ++ Positive Statistical Significance at the 95% Confidence Level | ** Statistically Significant at the 90% Confidence Level |
|---|---|---|

| Date | ISRG Common Stock Closing Price | ISRG Common Stock Daily Volume | ISRG Raw Return | S&P 500 Total Return | S&P 500 Health Care Index Return | ISRG Abnormal Return | ISRG Abnormal Dollar Return | T-Stat | Significance |
|---|---|---|---|---|---|---|---|---|---|
| 12/14/2012 | $533.11 | 214,577 | -0.90% | -0.41% | 0.05% | -0.41% | -$2.18 | -0.37 | |
| 12/17/2012 | $551.00 | 685,109 | 3.36% | 1.19% | -0.49% | 2.24% | $11.96 | 2.04 | ++ |
| 12/18/2012 | $546.52 | 428,556 | -0.81% | 1.15% | -0.31% | -2.05% | -$11.31 | -1.83 | ** |
| 12/19/2012 | $515.45 | 2,419,146 | -5.69% | -0.76% | -0.27% | -4.56% | -$24.90 | -4.01 | -- |
| 12/20/2012 | $488.31 | 1,703,723 | -5.27% | 0.57% | -0.37% | -5.67% | -$29.21 | -4.70 | -- |
| 12/21/2012 | $496.76 | 1,337,485 | 1.73% | -0.93% | 0.09% | 2.97% | $14.50 | 2.26 | ++ |
| 12/24/2012 | $489.73 | 240,398 | -1.42% | -0.23% | -0.07% | -0.99% | -$4.92 | -0.74 | |
| 12/26/2012 | $480.14 | 359,464 | -1.96% | -0.48% | 0.08% | -1.33% | -$6.51 | -1.00 | |
| 12/27/2012 | $487.17 | 323,011 | 1.46% | -0.10% | -0.03% | 1.74% | $8.34 | 1.30 | |
| 12/28/2012 | $479.50 | 212,927 | -1.57% | -1.09% | 0.05% | -0.15% | -$0.75 | -0.11 | |
| 12/31/2012 | $490.37 | 292,850 | 2.27% | 1.69% | -0.49% | 0.71% | $3.41 | 0.53 | |
| 1/2/2013 | $497.52 | 418,433 | 1.46% | 2.56% | -0.70% | -1.03% | -$5.03 | -0.76 | |
| 1/3/2013 | $503.67 | 318,797 | 1.24% | -0.21% | 0.31% | 1.27% | $6.30 | 0.96 | |
| 1/4/2013 | $500.28 | 235,478 | -0.67% | 0.49% | -0.02% | -1.17% | -$5.90 | -0.89 | |
| 1/7/2013 | $502.00 | 195,563 | 0.34% | -0.31% | 0.66% | 0.17% | $0.84 | 0.13 | |
| 1/8/2013 | $504.43 | 239,361 | 0.48% | -0.29% | 0.28% | 0.63% | $3.18 | 0.48 | |
| 1/9/2013 | $506.73 | 149,562 | 0.46% | 0.27% | 0.82% | -0.59% | -$3.00 | -0.45 | |
| 1/10/2013 | $508.87 | 134,469 | 0.42% | 0.76% | -0.01% | -0.40% | -$2.05 | -0.30 | |
| 1/11/2013 | $506.00 | 295,308 | -0.56% | 0.01% | -0.22% | -0.29% | -$1.49 | -0.22 | |
| 1/14/2013 | $512.72 | 307,932 | 1.33% | -0.09% | 0.30% | 1.22% | $6.20 | 0.93 | |
| 1/15/2013 | $503.59 | 642,112 | -1.78% | 0.11% | -0.25% | -1.62% | -$8.30 | -1.22 | |
| 1/16/2013 | $498.50 | 400,659 | -1.01% | 0.03% | -0.16% | -0.86% | -$4.35 | -0.66 | |
| 1/17/2013 | $514.20 | 1,537,834 | 3.15% | 0.57% | 0.23% | 2.35% | $11.71 | 1.80 | ** |
| 1/18/2013 | $508.33 | 592,987 | -1.14% | 0.34% | 0.05% | -1.53% | -$7.87 | -1.17 | |

# Appendix C
# Event Study for Intuitive Surgical
## Class Period: February 6, 2012 through July 18, 2013

| -- Negative Statistical Significance at the 95% Confidence Level | ++ Positive Statistical Significance at the 95% Confidence Level | ** Statistically Significant at the 90% Confidence Level |
| --- | --- | --- |

| Date | ISRG Common Stock Closing Price | ISRG Common Stock Daily Volume | ISRG Raw Return | S&P 500 Total Return | S&P 500 Health Care Index Return | ISRG Abnormal Return | ISRG Abnormal Dollar Return | T-Stat | Significance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1/22/2013 | $518.49 | 1,008,593 | 2.00% | 0.45% | -0.19% | 1.72% | $8.74 | 1.31 | |
| 1/23/2013 | $567.06 | 1,756,881 | 9.37% | 0.15% | -0.44% | 9.65% | $50.03 | 7.29 | ++ |
| 1/24/2013 | $581.00 | 749,141 | 2.46% | 0.00% | 0.64% | 1.90% | $10.75 | 1.43 | |
| 1/25/2013 | $577.82 | 498,078 | -0.55% | 0.54% | 0.23% | -1.40% | -$8.16 | -1.06 | |
| 1/28/2013 | $577.93 | 332,720 | 0.02% | -0.18% | -0.21% | 0.43% | $2.51 | 0.33 | |
| 1/29/2013 | $574.43 | 203,719 | -0.61% | 0.52% | 0.62% | -1.80% | -$10.40 | -1.35 | |
| 1/30/2013 | $573.00 | 233,452 | -0.25% | -0.36% | -0.02% | 0.21% | $1.20 | 0.16 | |
| 1/31/2013 | $574.38 | 259,424 | 0.24% | -0.25% | -0.11% | 0.65% | $3.70 | 0.49 | |
| 2/1/2013 | $583.67 | 407,185 | 1.62% | 1.01% | -0.19% | 0.74% | $4.27 | 0.56 | |
| 2/4/2013 | $573.61 | 308,070 | -1.72% | -1.15% | 0.02% | -0.43% | -$2.51 | -0.32 | |
| 2/5/2013 | $573.61 | 237,477 | 0.00% | 1.05% | 0.15% | -1.27% | -$7.31 | -0.96 | |
| 2/6/2013 | $571.88 | 191,313 | -0.30% | 0.07% | -0.12% | -0.22% | -$1.24 | -0.16 | |
| 2/7/2013 | $570.33 | 181,494 | -0.27% | -0.14% | -0.22% | 0.17% | $0.97 | 0.13 | |
| 2/8/2013 | $578.75 | 169,868 | 1.48% | 0.57% | 0.12% | 0.81% | $4.61 | 0.62 | |
| 2/11/2013 | $571.52 | 256,980 | -1.25% | -0.06% | -0.12% | -0.99% | -$5.72 | -0.75 | |
| 2/12/2013 | $571.39 | 141,052 | -0.02% | 0.16% | -0.32% | 0.19% | $1.08 | 0.14 | |
| 2/13/2013 | $573.70 | 112,518 | 0.40% | 0.11% | -0.17% | 0.54% | $3.08 | 0.41 | |
| 2/14/2013 | $571.26 | 194,152 | -0.43% | 0.08% | 0.12% | -0.56% | -$3.19 | -0.42 | |
| 2/15/2013 | $569.21 | 244,878 | -0.36% | -0.10% | 0.33% | -0.50% | -$2.84 | -0.38 | |
| 2/19/2013 | $582.27 | 295,588 | 2.29% | 0.75% | -0.12% | 1.66% | $9.45 | 1.26 | |
| 2/20/2013 | $556.83 | 733,369 | -4.37% | -1.24% | 0.62% | -3.53% | -$20.57 | -2.67 | -- |
| 2/21/2013 | $561.25 | 542,419 | 0.79% | -0.61% | 0.16% | 1.46% | $8.12 | 1.07 | |
| 2/22/2013 | $574.05 | 293,962 | 2.28% | 0.89% | -0.56% | 1.81% | $10.17 | 1.33 | |
| 2/25/2013 | $566.34 | 219,884 | -1.34% | -1.83% | 0.63% | 0.33% | $1.90 | 0.24 | |

# Appendix C
# Event Study for Intuitive Surgical
## Class Period: February 6, 2012 through July 18, 2013

| -- Negative Statistical Significance at the 95% Confidence Level | ++ Positive Statistical Significance at the 95% Confidence Level | ** Statistically Significant at the 90% Confidence Level |
|---|---|---|

| Date | ISRG Common Stock Closing Price | ISRG Common Stock Daily Volume | ISRG Raw Return | S&P 500 Total Return | S&P 500 Health Care Index Return | ISRG Abnormal Return | ISRG Abnormal Dollar Return | T-Stat | Significance |
|---|---|---|---|---|---|---|---|---|---|
| 2/26/2013 | $568.76 | 202,004 | 0.43% | 0.63% | -0.36% | 0.04% | $0.23 | 0.03 | |
| 2/27/2013 | $573.52 | 168,614 | 0.84% | 1.30% | -0.14% | -0.51% | -$2.90 | -0.37 | |
| 2/28/2013 | $509.89 | 919,810 | -11.09% | -0.08% | 0.08% | -11.02% | -$63.23 | -8.02 | -- |
| 3/1/2013 | $553.40 | 1,138,812 | 8.53% | 0.23% | 0.41% | 7.95% | $40.54 | 5.76 | ++ |
| 3/4/2013 | $541.32 | 630,144 | -2.18% | 0.46% | 0.17% | -2.97% | -$16.43 | -1.90 | ** |
| 3/5/2013 | $525.72 | 1,083,266 | -2.88% | 0.96% | -0.02% | -4.03% | -$21.81 | -2.54 | -- |
| 3/6/2013 | $519.78 | 576,862 | -1.13% | 0.14% | 0.04% | -1.33% | -$6.99 | -0.84 | |
| 3/7/2013 | $513.18 | 746,358 | -1.27% | 0.19% | -0.30% | -1.16% | -$6.02 | -0.73 | |
| 3/8/2013 | $514.63 | 367,212 | 0.28% | 0.46% | -0.20% | -0.04% | -$0.18 | -0.02 | |
| 3/11/2013 | $516.76 | 251,300 | 0.41% | 0.33% | 0.14% | -0.14% | -$0.72 | -0.09 | |
| 3/12/2013 | $512.92 | 357,549 | -0.74% | -0.24% | 0.65% | -1.16% | -$5.98 | -0.73 | |
| 3/13/2013 | $509.33 | 300,353 | -0.70% | 0.17% | -0.21% | -0.61% | -$3.12 | -0.39 | |
| 3/14/2013 | $489.89 | 1,569,033 | -3.82% | 0.56% | -0.33% | -4.07% | -$20.71 | -2.60 | -- |
| 3/15/2013 | $459.44 | 2,542,899 | -6.22% | -0.16% | -0.10% | -5.79% | -$28.38 | -3.59 | -- |
| 3/18/2013 | $485.52 | 1,180,167 | 5.68% | -0.55% | -0.11% | 6.66% | $30.59 | 3.92 | ++ |
| 3/19/2013 | $482.68 | 707,431 | -0.58% | -0.24% | 0.25% | -0.55% | -$2.65 | -0.30 | |
| 3/20/2013 | $495.87 | 782,809 | 2.73% | 0.67% | 0.18% | 1.84% | $8.87 | 1.02 | |
| 3/21/2013 | $486.79 | 738,017 | -1.83% | -0.83% | 0.30% | -1.15% | -$5.68 | -0.63 | |
| 3/22/2013 | $489.39 | 562,093 | 0.53% | 0.72% | 0.02% | -0.27% | -$1.30 | -0.15 | |
| 3/25/2013 | $488.40 | 403,359 | -0.20% | -0.33% | 0.01% | 0.23% | $1.15 | 0.13 | |
| 3/26/2013 | $497.25 | 710,689 | 1.81% | 0.81% | 0.41% | 0.41% | $1.98 | 0.23 | |
| 3/27/2013 | $490.53 | 410,598 | -1.35% | -0.05% | 0.57% | -1.96% | -$9.76 | -1.09 | |
| 3/28/2013 | $491.19 | 296,273 | 0.13% | 0.41% | 0.58% | -0.96% | -$4.70 | -0.53 | |
| 4/1/2013 | $484.58 | 328,068 | -1.35% | -0.44% | 0.66% | -1.53% | -$7.50 | -0.85 | |

# Appendix C
# Event Study for Intuitive Surgical
### Class Period: February 6, 2012 through July 18, 2013

| -- Negative Statistical Significance at the 95% Confidence Level | ++ Positive Statistical Significance at the 95% Confidence Level | ** Statistically Significant at the 90% Confidence Level |
|---|---|---|

| Date | ISRG Common Stock Closing Price | ISRG Common Stock Daily Volume | ISRG Raw Return | S&P 500 Total Return | S&P 500 Health Care Index Return | ISRG Abnormal Return | ISRG Abnormal Dollar Return | T-Stat | Significance |
|---|---|---|---|---|---|---|---|---|---|
| 4/2/2013 | $490.80 | 362,311 | 1.28% | 0.52% | 0.90% | -0.13% | -$0.64 | -0.07 | |
| 4/3/2013 | $498.49 | 454,318 | 1.57% | -1.04% | 0.40% | 2.41% | $11.83 | 1.34 | |
| 4/4/2013 | $496.64 | 436,741 | -0.37% | 0.41% | 0.00% | -0.75% | -$3.76 | -0.42 | |
| 4/5/2013 | $489.97 | 274,867 | -1.34% | -0.43% | -0.18% | -0.62% | -$3.08 | -0.34 | |
| 4/8/2013 | $494.00 | 332,379 | 0.82% | 0.66% | -0.52% | 0.71% | $3.49 | 0.39 | |
| 4/9/2013 | $496.53 | 283,907 | 0.51% | 0.35% | -0.01% | 0.20% | $1.00 | 0.11 | |
| 4/10/2013 | $498.83 | 305,741 | 0.46% | 1.23% | 0.46% | -1.26% | -$6.27 | -0.70 | |
| 4/11/2013 | $512.57 | 345,723 | 2.75% | 0.36% | 0.55% | 1.91% | $9.53 | 1.05 | |
| 4/12/2013 | $512.05 | 373,106 | -0.10% | -0.28% | 0.42% | -0.14% | -$0.70 | -0.08 | |
| 4/15/2013 | $509.99 | 392,525 | -0.40% | -2.30% | 0.42% | 1.52% | $7.78 | 0.85 | |
| 4/16/2013 | $510.38 | 324,497 | 0.08% | 1.43% | 0.06% | -1.22% | -$6.21 | -0.68 | |
| 4/17/2013 | $507.64 | 395,448 | -0.54% | -1.43% | 1.01% | -0.05% | -$0.28 | -0.03 | |
| 4/18/2013 | $493.37 | 716,907 | -2.81% | -0.67% | -0.56% | -1.55% | -$7.89 | -0.87 | |
| 4/19/2013 | $484.75 | 1,528,074 | -1.75% | 0.89% | 0.65% | -3.15% | -$15.55 | -1.78 | ** |
| 4/22/2013 | $474.87 | 655,836 | -2.04% | 0.47% | 0.10% | -2.46% | -$11.91 | -1.39 | |
| 4/23/2013 | $471.07 | 503,134 | -0.80% | 1.04% | -0.42% | -1.22% | -$5.78 | -0.68 | |
| 4/24/2013 | $476.88 | 269,335 | 1.23% | 0.01% | -1.74% | 3.29% | $15.49 | 1.84 | ** |
| 4/25/2013 | $483.80 | 315,641 | 1.45% | 0.41% | -0.04% | 1.24% | $5.90 | 0.69 | |
| 4/26/2013 | $486.76 | 347,119 | 0.61% | -0.18% | 0.14% | 0.80% | $3.88 | 0.45 | |
| 4/29/2013 | $489.16 | 319,483 | 0.49% | 0.72% | -0.36% | 0.23% | $1.10 | 0.13 | |
| 4/30/2013 | $492.29 | 210,813 | 0.64% | 0.25% | -1.07% | 1.36% | $6.63 | 0.75 | |
| 5/1/2013 | $490.16 | 161,743 | -0.43% | -0.93% | -0.06% | 0.58% | $2.86 | 0.32 | |
| 5/2/2013 | $491.86 | 178,013 | 0.35% | 0.95% | 0.12% | -0.50% | -$2.46 | -0.28 | |
| 5/3/2013 | $503.82 | 319,298 | 2.43% | 1.06% | -0.42% | 1.83% | $9.01 | 1.02 | |

# Appendix C
# Event Study for Intuitive Surgical
## Class Period: February 6, 2012 through July 18, 2013

| | -- Negative Statistical Significance at the 95% Confidence Level | ++ Positive Statistical Significance at the 95% Confidence Level | ** Statistically Significant at the 90% Confidence Level |
|---|---|---|---|

| Date | ISRG Common Stock Closing Price | ISRG Common Stock Daily Volume | ISRG Raw Return | S&P 500 Total Return | S&P 500 Health Care Index Return | ISRG Abnormal Return | ISRG Abnormal Dollar Return | T-Stat | Significance |
|---|---|---|---|---|---|---|---|---|---|
| 5/6/2013 | $501.58 | 195,607 | -0.44% | 0.19% | -0.84% | 0.02% | $0.10 | 0.01 | |
| 5/7/2013 | $490.07 | 281,220 | -2.29% | 0.53% | -0.22% | -2.56% | -$12.82 | -1.41 | |
| 5/8/2013 | $489.31 | 375,131 | -0.16% | 0.46% | -0.21% | -0.32% | -$1.57 | -0.18 | |
| 5/9/2013 | $505.80 | 395,961 | 3.37% | -0.32% | 0.39% | 3.56% | $17.42 | 1.95 | ** |
| 5/10/2013 | $499.57 | 849,293 | -1.23% | 0.43% | 0.67% | -2.02% | -$10.24 | -1.09 | |
| 5/13/2013 | $485.69 | 442,586 | -2.78% | 0.01% | 0.73% | -3.15% | -$15.75 | -1.69 | ** |
| 5/14/2013 | $487.73 | 220,483 | 0.42% | 1.04% | -0.05% | -0.32% | -$1.56 | -0.17 | |
| 5/15/2013 | $484.40 | 172,870 | -0.68% | 0.54% | 0.02% | -1.01% | -$4.93 | -0.54 | |
| 5/16/2013 | $476.22 | 289,059 | -1.69% | -0.50% | -0.53% | -0.82% | -$3.96 | -0.44 | |
| 5/17/2013 | $484.00 | 390,803 | 1.63% | 1.03% | -0.49% | 1.17% | $5.59 | 0.62 | |
| 5/20/2013 | $479.42 | 201,110 | -0.95% | -0.07% | -0.57% | -0.42% | -$2.05 | -0.23 | |
| 5/21/2013 | $485.88 | 206,811 | 1.35% | 0.18% | 0.85% | 0.85% | $4.09 | 0.45 | |
| 5/22/2013 | $470.30 | 427,582 | -3.21% | -0.82% | 0.81% | -2.84% | -$13.78 | -1.51 | |
| 5/23/2013 | $478.46 | 495,148 | 1.74% | -0.28% | 0.13% | 2.08% | $9.79 | 1.10 | |
| 5/24/2013 | $501.53 | 914,930 | 4.82% | -0.05% | -0.22% | 5.12% | $24.51 | 2.69 | ++ |
| 5/28/2013 | $501.64 | 277,707 | 0.02% | 0.64% | 0.28% | -0.56% | -$2.83 | -0.29 | |
| 5/29/2013 | $498.50 | 171,655 | -0.63% | -0.69% | -0.83% | 0.40% | $2.01 | 0.20 | |
| 5/30/2013 | $504.68 | 270,007 | 1.24% | 0.38% | 0.29% | 0.88% | $4.40 | 0.45 | |
| 5/31/2013 | $497.53 | 270,461 | -1.42% | -1.43% | -0.75% | 0.19% | $0.97 | 0.10 | |
| 6/3/2013 | $500.23 | 224,479 | 0.54% | 0.60% | -0.05% | 0.11% | $0.56 | 0.06 | |
| 6/4/2013 | $498.59 | 201,907 | -0.33% | -0.55% | -0.15% | 0.26% | $1.30 | 0.13 | |
| 6/5/2013 | $500.54 | 249,531 | 0.39% | -1.35% | -0.05% | 1.63% | $8.11 | 0.83 | |
| 6/6/2013 | $507.41 | 205,943 | 1.37% | 0.86% | 0.56% | 0.54% | $2.71 | 0.28 | |
| 6/7/2013 | $513.49 | 278,161 | 1.20% | 1.28% | -0.33% | 0.35% | $1.78 | 0.18 | |

# Appendix C
# Event Study for Intuitive Surgical
## Class Period: February 6, 2012 through July 18, 2013

| | -- Negative Statistical Significance at the 95% Confidence Level | ++ Positive Statistical Significance at the 95% Confidence Level | ** Statistically Significant at the 90% Confidence Level |
|---|---|---|---|

| Date | ISRG Common Stock Closing Price | ISRG Common Stock Daily Volume | ISRG Raw Return | S&P 500 Total Return | S&P 500 Health Care Index Return | ISRG Abnormal Return | ISRG Abnormal Dollar Return | T-Stat | Significance |
|---|---|---|---|---|---|---|---|---|---|
| 6/10/2013 | $510.21 | 134,132 | -0.64% | -0.03% | 0.17% | -0.62% | -$3.19 | -0.32 | |
| 6/11/2013 | $499.57 | 173,671 | -2.09% | -1.01% | 0.58% | -1.42% | -$7.25 | -0.73 | |
| 6/12/2013 | $495.44 | 148,408 | -0.83% | -0.81% | -0.19% | -0.01% | -$0.04 | 0.00 | |
| 6/13/2013 | $504.50 | 196,380 | 1.83% | 1.49% | -0.06% | 0.71% | $3.53 | 0.37 | |
| 6/14/2013 | $498.31 | 210,857 | -1.23% | -0.59% | 0.45% | -0.89% | -$4.48 | -0.47 | |
| 6/17/2013 | $499.32 | 265,113 | 0.20% | 0.76% | -0.53% | -0.31% | -$1.54 | -0.17 | |
| 6/18/2013 | $509.61 | 541,720 | 2.06% | 0.78% | 0.07% | 1.41% | $7.05 | 0.79 | |
| 6/19/2013 | $510.00 | 280,976 | 0.08% | -1.38% | -0.24% | 1.28% | $6.54 | 0.72 | |
| 6/20/2013 | $497.51 | 309,352 | -2.45% | -2.49% | -0.08% | -0.50% | -$2.55 | -0.28 | |
| 6/21/2013 | $502.88 | 325,170 | 1.08% | 0.27% | 0.59% | 0.73% | $3.62 | 0.41 | |
| 6/24/2013 | $504.17 | 267,079 | 0.26% | -1.21% | 0.45% | 1.11% | $5.59 | 0.62 | |
| 6/25/2013 | $501.70 | 167,119 | -0.49% | 0.96% | -0.52% | -1.13% | -$5.72 | -0.64 | |
| 6/26/2013 | $503.90 | 241,308 | 0.44% | 0.98% | 0.53% | -0.48% | -$2.40 | -0.27 | |
| 6/27/2013 | $502.19 | 156,694 | -0.34% | 0.63% | -0.29% | -0.77% | -$3.87 | -0.43 | |
| 6/28/2013 | $506.13 | 288,800 | 0.78% | -0.43% | -0.44% | 1.21% | $6.05 | 0.68 | |
| 7/1/2013 | $501.55 | 275,386 | -0.91% | 0.55% | -0.10% | -1.33% | -$6.72 | -0.74 | |
| 7/2/2013 | $501.19 | 277,051 | -0.07% | -0.03% | -0.28% | 0.00% | $0.01 | 0.00 | |
| 7/3/2013 | $499.72 | 116,891 | -0.29% | 0.08% | -0.22% | -0.32% | -$1.60 | -0.18 | |
| 7/5/2013 | $504.01 | 157,948 | 0.86% | 1.02% | 0.31% | 0.02% | $0.12 | 0.01 | |
| 7/8/2013 | $500.08 | 405,091 | -0.78% | 0.56% | 0.03% | -1.21% | -$6.12 | -0.68 | |
| 7/9/2013 | $419.30 | 5,576,627 | -16.15% | 0.72% | -0.32% | -16.63% | -$83.15 | -9.30 | -- |
| 7/10/2013 | $422.68 | 1,183,499 | 0.81% | 0.02% | 0.67% | 0.68% | $2.86 | 0.38 | |
| 7/11/2013 | $430.00 | 600,778 | 1.73% | 1.37% | -0.13% | 0.72% | $3.03 | 0.40 | |
| 7/12/2013 | $429.04 | 660,439 | -0.22% | 0.31% | 0.38% | -0.51% | -$2.18 | -0.29 | |

# Appendix C
# Event Study for Intuitive Surgical
## Class Period: February 6, 2012 through July 18, 2013

| -- Negative Statistical Significance at the 95% Confidence Level | ++ Positive Statistical Significance at the 95% Confidence Level | ** Statistically Significant at the 90% Confidence Level |
|---|---|---|

| Date | ISRG Common Stock Closing Price | ISRG Common Stock Daily Volume | ISRG Raw Return | S&P 500 Total Return | S&P 500 Health Care Index Return | ISRG Abnormal Return | ISRG Abnormal Dollar Return | T-Stat | Significance |
|---|---|---|---|---|---|---|---|---|---|
| 7/15/2013 | $426.78 | 899,844 | -0.53% | 0.14% | -0.13% | -0.62% | -$2.68 | -0.35 | |
| 7/16/2013 | $422.13 | 429,106 | -1.09% | -0.37% | -0.13% | -0.79% | -$3.38 | -0.45 | |
| 7/17/2013 | $415.54 | 769,737 | -1.56% | 0.29% | -0.07% | -1.75% | -$7.38 | -1.00 | |
| 7/18/2013 | $421.47 | 770,193 | 1.43% | 0.51% | -0.25% | 1.12% | $4.67 | 0.64 | |
| 7/19/2013 | $392.67 | 4,674,400 | -6.83% | 0.16% | 1.27% | -7.04% | -$29.66 | -4.03 | -- |

Source: Bloomberg.

Notes:

1) "++" denotes a positive and significant abnormal return at the 95% confidence level.

2) A t-Stat greater than 1.96 and less than -1.96 is statistically significant at the 95% confidence level. A t-Stat greater than 1.645 and less than -1.645 is statistically significant at the 90% confidence level.

3) Abnormal return, abnormal dollar return, t-statistic, and significance are computed based upon a regression model including the previous 120 trading days that controls for movement in market (S&P 500) and an industry index (the S&P 500 Health Care Index with ISRG removed). The industry index is computed as net of the S&P 500. The regression excluded all earnings dates and alleged corrective disclosures.