FILED

OCT 30 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SPENCER ABRAMS, Individually and on Behalf of All Others Similarly Situated; et al.,<br><br>        Plaintiffs-Respondents,<br><br> v.<br><br>INTUITIVE SURGICAL, INC.; et al.,<br><br>        Defendants-Petitioners. | No. 17-80001<br><br>D.C. No. 5:13-cv-01920-EJD<br>Northern District of California,<br>San Jose<br><br><br>ORDER |

Before: BERZON and CHRISTEN, Circuit Judges.

    Petitioners' motion for leave to file a reply brief in support of their petition for permission to appeal (Docket Entry No. 8) is granted. The reply brief has been filed.

    The motion of the Chamber of Commerce of the United States of America for leave to file an amicus curiae brief in support of the petition for permission to appeal (Docket Entry No. 2) is granted. The Clerk shall file the amicus brief submitted on January 12, 2017.

    The motion of the Law Professors and Former SEC Officials for leave to file an amicus curiae brief in support of the petition for permission to appeal (Docket

FG/MOATT

Entry No. 5) is granted.  The Clerk shall file the amicus brief submitted on January 12, 2017.

The court, in its discretion, denies the petition for permission to appeal the district court's December 22, 2016 order granting class action certification.  *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

**DENIED.**