UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 22 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SPENCER ABRAMS, Individually and on Behalf of All Others Similarly Situated; et al., <br><br> Plaintiffs-Respondents, <br><br> v. <br><br> INTUITIVE SURGICAL, INC.; et al., <br><br> Defendants-Petitioners. | No.  17-80001 <br><br> D.C. No. 5:13-cv-01920-EJD <br> Northern District of California, San Jose <br><br> ORDER |

Before: BERZON and CHRISTEN, Circuit Judges.

The motion for reconsideration (Docket Entry No. 23) is denied. *See* 9th Cir. R. 27-10.

No further filings will be entertained in this closed case.

FG/MOATT