KEKER, VAN NEST & PETERS LLP
JOHN W. KEKER - # 49092
jkeker@keker.com
MICHAEL D. CELIO - # 197998
mcelio@keker.com
LAURIE CARR MIMS - # 241584
lmims@keker.com
CODY S. HARRIS - # 255302
charris@keker.com
PHILIP J. TASSIN - #287787
ptassin@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants
INTUITIVE SURGICAL, INC., LONNIE M. SMITH,
GARY S. GUTHART, and MARSHALL L. MOHR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE INTUITIVE SURGICAL SECURITIES LITIGATION | Case No. 5:13-cv-01920 EJD (HRL) |
|---|---|
| | **NOTICE OF WITHDRAWAL OF ALEXANDER DRYER** |
| | Dept.: Courtroom 4 - 5th Floor<br>Judge: Hon. Edward J. Davila |
| | Date Filed: April 26, 2013 |
| | Trial Date: November 16, 2018 |

PLEASE TAKE NOTICE that Alexander Dryer is no longer associated with the law firm of Keker, Van Nest & Peters, LLP and has withdrawn his appearance as counsel for Defendants Intuitive Surgical, Inc., Lonnie M. Smith, Gary S. Guthart, and Marshall L. Mohr.

John W. Keker, Michael D. Celio, Laurie C. Mims, Cody S. Harris, and Philip J. Tassin of Keker, Van Nest & Peters LLP remain as counsel of record for Defendants Intuitive Surgical, Inc., Lonnie M. Smith, Gary S. Guthart, and Marshall L. Mohr.

Dated: March 28, 2018                              KEKER, VAN NEST & PETERS LLP

By: /s/ *Philip J. Tassin*
JOHN W. KEKER
MICHAEL D. CELIO
LAURIE C. MIMS
CODY S. HARRIS
PHILIP J. TASSIN

Attorneys for Defendants
INTUITIVE SURGICAL, INC., LONNIE M. SMITH, GARY S. GUTHART, and MARSHALL L. MOHR