# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MICHELLE DILISIO,<br><br>    Plaintiff,<br><br>    v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>    Defendant.<br><br>SHERYL RUTLEDGE, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>    Defendant.<br><br>DANIEL J. WANISH, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>    Defendant. | Case Nos. 18-cv-02215-BLF; 18-cv-02216-BLF; 18-cv-02266<br><br>**SUA SPONTE REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-captioned cases are hereby REFERRED to the Honorable Edward J. Davila for consideration of whether the cases are related to No. 13-CV-01920-EJD, *In re Intuitive Surgical Securities Litigation,* or No. 18-CV-02197-EJD, *Rogers v. Intuitive Surgical, Inc.*

**IT IS SO ORDERED.**

Dated: April 27, 2018

_____
BETH LABSON FREEMAN
United States District Judge