| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| | JOHN W. KEKER - # 49092 |
| 2 | jkeker@keker.com |
| | MICHAEL D. CELIO - # 197998 |
| 3 | mcelio@keker.com |
| | LAURIE C. MIMS - # 241584 |
| 4 | lmims@keker.com |
| | CODY S. HARRIS - # 255302 |
| 5 | charris@keker.com |
| | PHILIP J. TASSIN - #287787 |
| 6 | ptassin@keker.com |
| | CECILY HARRIS - # 307355 |
| 7 | cecily.harris@keker.com |
| | 633 Battery Street |
| 8 | San Francisco, CA 94111-1809 |
| | Telephone:    415 391 5400 |
| 9 | Facsimile:    415 397 7188 |
| 10 | Attorneys for Defendants |
| | INTUITIVE SURGICAL, INC., LONNIE M. SMITH, |
| 11 | GARY S. GUTHART, and MARSHALL L. MOHR |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE INTUITIVE SURGICAL SECURITIES LITIGATION | Case No. 5:13-cv-01920 EJD (HRL) |
| | **NOTICE OF WITHDRAWAL** |
| | Dept.:     Courtroom 4 - 5th Floor |
| | Judge:     Hon. Edward J. Davila |
| | Date Filed: April 26, 2013 |
| | Trial Date: November 16, 2018 |

PLEASE TAKE NOTICE that the undersigned counsel, Kate E. Lazarus, hereby withdraws her appearance as one of the counsel of record for Defendants INTUITIVE SURGICAL, INC., LONNIE M. SMITH, GARY S. GUTHART, and MARSHALL L. MOHR.

John W. Keker, Michael D. Celio, Laurie C. Mims, Cody S. Harris, Philip J. Tassin and Cecily Harris of Keker, Van Nest & Peters LLP remain as counsel of record for Defendants.

Dated:  May 2, 2018                                                                KEKER, VAN NEST & PETERS LLP

By:  */s/ Kate E. Lazarus*
JOHN W. KEKER
MICHAEL D. CELIO
LAURIE C. MIMS
CODY S. HARRIS
PHILIP J. TASSIN
CECILY HARRIS

Attorneys for Defendants
INTUITIVE SURGICAL, INC., LONNIE M. SMITH, GARY S. GUTHART, and MARSHALL L. MOHR