**LABATON SUCHAROW LLP**
JONATHAN GARDNER (*pro hac vice*)
SERENA P. HALLOWELL (*pro hac vice*)
MARK S. ARISOHN (*pro hac vice*)
CHRISTINE M. FOX (*pro hac vice*)
MICHAEL P. CANTY (*pro hac vice*)
THEODORE J. HAWKINS (*pro hac vice*)
ALEC T. COQUIN (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone:     212 907-0700
Facsimile:      212 818-0477
jgardner@labaton.com
shallowell@labaton.com
marisohn@labaton.com
cfox@labaton.com
mcanty@labaton.com
thawkins@labaton.com
acoquin@labaton.com

*Counsel for Plaintiffs and the Class*

**KEKER VAN NEST & PETERS LLP**
JOHN W. KEKER - # 49092
LAURIE C. MIMS - # 241584
CODY S. HARRIS - # 255302
PHILIP J. TASSIN - # 287787
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391-5400
Facsimile:      415 397-7188
jkeker@keker.com
lmims@keker.com
charris@kvn.com
ptassin@kvn.com

*Counsel for Defendants INTUITIVE SURGICAL, INC., LONNIE M. SMITH, GARY S. GUTHART, and MARSHALL L. MOHR*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE INTUITIVE SURGICAL SECURITIES LITIGATION | Case No. 5:13-cv-01920-EJD (HRL) <br><br> <u>CLASS ACTION</u> <br><br> ~~[PROPOSED ]~~ **ORDER** |

1    The Court, having considered the parties' Joint Response to Order to Show Cause

2 Regarding Settlement, HEREBY ORDERS:

3    1.    The parties are directed to file, on or before September 4, 2018, either: (i) a

4          motion seeking preliminary approval of the settlement, together with the executed

5          settlement agreement, or (ii) a status report updating the Court on the parties'

6          settlement negotiations.

7    2.    The Order to Show Cause hearing currently scheduled for August 16, 2018 is

8          cancelled.

9    IT IS SO ORDERED.

10

11 Dated: _____, 2018          August 9

12                                      Honorable Edward J. Davila
                                        United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
CASE NO. 5:13-CV-01920-EJD