| | |
|---|---|
| **LABATON SUCHAROW LLP**<br>JONATHAN GARDNER (*pro hac vice*)<br>SERENA P. HALLOWELL (*pro hac vice*)<br>MARK S. ARISOHN (*pro hac vice*)<br>CHRISTINE M. FOX (*pro hac vice*)<br>MICHAEL P. CANTY (*pro hac vice*)<br>THEODORE J. HAWKINS (*pro hac vice*)<br>ALEC T. COQUIN (*pro hac vice*)<br>140 Broadway<br>New York, NY 10005<br>Telephone:   212 907-0700<br>Facsimile:    212 818-0477<br>jgardner@labaton.com<br>shallowell@labaton.com<br>marisohn@labaton.com<br>cfox@labaton.com<br>mcanty@labaton.com<br>thawkins@labaton.com<br>acoquin@labaton.com<br><br>*Counsel for Plaintiffs and the Class*<br>[*Additional counsel appear on signature page*] | **KEKER VAN NEST & PETERS LLP**<br>JOHN W. KEKER - # 49092<br>LAURIE C. MIMS - # 241584<br>CODY S. HARRIS - # 255302<br>PHILIP J. TASSIN - # 287787<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391-5400<br>Facsimile:    415 397-7188<br>jkeker@kvn.com<br>lmims@keker.com<br>charris@kvn.com<br>ptassin@kvn.com<br><br>*Counsel for Defendants INTUITIVE SURGICAL, INC., LONNIE M. SMITH, GARY S. GUTHART, and MARSHALL L. MOHR*<br>[*Additional counsel appear on signature page*] |

APPROVED
Judge Edward J. Davila
9/11/2018

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE INTUITIVE SURGICAL SECURITIES LITIGATION | Case No. 5:13-cv-01920 EJD (HRL)<br><br>CLASS ACTION<br><br>**JOINT STIPULATION REGARDING SHORTENING TIME FOR NOTICE OF PRELIMINARY APPROVAL HEARING DATE** |

Class Representatives the Employees' Retirement System of the State of Hawaii and Greater Pennsylvania Carpenters' Pension Fund and Defendants Intuitive Surgical, Inc., Gary S. Guthart, Marshall L. Mohr, and Lonnie M. Smith, by and through their respective counsel, have stipulated and agreed, and hereby jointly move as follows:

WHEREAS, the parties have executed a Stipulation and Agreement of Settlement, dated September 11, 2018, and have prepared an unopposed motion seeking preliminary approval of the proposed Settlement and related relief;

WHEREAS, the parties consent to the motion being heard in advance of the thirty-five day period provided under Local Rule 7-2;

NOW THEREFORE the parties hereby stipulate as follows:

1. The unopposed motion for preliminary approval of the proposed Settlement may be heard in advance of the thirty-five day period provided under Local Rule 7-2; and

2. The parties consent to the unopposed motion for preliminary approval of the proposed Settlement being heard by the Court on October 4, 2018, to the extent the Court believes a hearing is required.

Dated: September 11, 2018      **LABATON SUCHAROW LLP**

By:    /s/ *Jonathan Gardner*
JONATHAN GARDNER (*pro hac vice*)
MARK S. ARISOHN (*pro hac vice*)
SERENA P. HALLOWELL (*pro hac vice*)
CHRISTINE M. FOX (*pro hac vice*)
MICHAEL P. CANTY (*pro hac vice*)
THEODORE J. HAWKINS (*pro hac vice*)
ALEC T. COQUIN (*pro hac vice*)

*Counsel for Plaintiffs and the Class*

**KERR & WAGSTAFFE LLP**
JAMES M. WAGSTAFFE (95535)
IVO LABAR (203492)
101 Mission Street, 18th Floor
San Francisco, CA 94105–1727
Telephone: (415) 371-8500
Fax: (415) 371-0500

*Local Counsel for Plaintiffs and the Class*

Dated: September 11, 2018      **GIBSON DUNN & CRUTCHER LLP**

By:    /s/ *Michael D. Celio*
MICHAEL D. CELIO - #197998
1881 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 849-5300

**KEKER VAN NEST & PETERS LLP**
JOHN W. KEKER - # 49092
LAURIE C. MIMS - # 241584
CODY S. HARRIS - # 255302
PHILIP J. TASSIN - # 287787

*Attorneys for Defendants INTUITIVE*

1  *SURGICAL, INC., LONNIE M. SMITH,*
   *GARY S. GUTHART, and*
2  *MARSHALL L. MOHR*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28